UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
MAGEPOWER SEMICONDUCTOR ) CASE NO. 98-59671 ASW
CORPORATION )
)
            Debtor, ) ORDER FOR PAYMENT OF
) UNCLAIMED DIVIDENDS
)

**FILED**

MAR 0 6 2006

CLERK
United States Bankruptcy Court
San Jose, California

Upon the foregoing Motion and in accordance with the provisions of 28 USC 2042, good cause appearing therefore, it is hereby ORDERED that the amount of $5,846.22, constituting unclaimed dividends, be paid to PRUDENTIAL OVERALL SUPPLY.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividends to the order of:

            PRUDENTIAL OVERALL SUPPLY
            C/O ASSET RECOVERY TRUST
            P.O. Box 4296
            Costa Mesa, CA 92628-4296

Dated: 3/6/06

            _____
            U.S. Bankruptcy Court Judge