

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
MAGEPOWER SEMICONDUCTOR ) CASE NO. 98-59671 ASW
CORPORATION )
)
Debtor, ) ORDER FOR PAYMENT OF
) UNCLAIMED DIVIDENDS
_____ )

Upon the foregoing Motion and in accordance with the provisions of 28 USC 2042, good cause appearing therefore, it is hereby ORDERED that the amount of $22,298.53, constituting an unclaimed dividend, be paid to SILTRONIC CORPORATION.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of:

SILTRONIC CORPORATION
C/O ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628-4296

Dated: 4/14/06

U.S. Bankruptcy Court Judge



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
MAGEPOWER SEMICONDUCTOR ) CASE NO: 98-59671 ASW
CORPORATION )
          Debtor, ) MOTION FOR RELEASE OF
) UNCLAIMED FUNDS
_____ )

There having been a dividend check in the amount of $22,298.53 issued in the above case to creditor WACKER SILTRONIC CORPORATION, and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividend to the Clerk, U.S. Bankruptcy Court. These funds are currently being held In the Court's registry account of unclaimed funds.

The dividend check was not received because of name and address changes-- see certified declaration attached.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $22,298.53 to:

        SILTRONIC CORPORATION
        C/O ASSET RECOVERY TRUST
        P.O. Box 4296
        Costa Mesa, CA 92628

Dated: 12-6-05

Respectfully submitted,

Al Melone (locator)
ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100

Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400

**FILED**

OCT 1 2 2005

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 98-59671-ASW |
|---|---|
| MAGEPOWER SEMICONDUCTOR CORP. | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 18 | SPI Semicon<br>1810 E Valencia Dr.<br>Fullerton, CA 92831 | $242.38 | $34.09 |
| 56 | Sprint<br>12221 Blue Valley Parkway<br>Overland Park, KS 66204 | $1,175.68 | $165.36 |
| 10 | MSIS Semiconductor Inc.<br>331 Whitney Pl.<br>Fremont, CA 94539-7665 | $28,320.00 | $3,983.24 |
| 8 | GDSI<br>247 Humbolt Court<br>Sunnyvale CA 94089 | $44,598.64 | $6,272.84 |
| 19 | TMT Incorporated<br>880 East Arques Avenue<br>Sunnyvale CA 94086 | $109,468.00 | $15,396.78 |

$

| | | | |
|---|---|---|---|
| 26 | Court Thomas<br>11800 Monarch<br>Union City, CA 94587 | $1,357.83 | $190.98 |
| 54 | Innovative Circuits Engineering<br>1516 Montague Expressway<br>San Jose CA 95131 | $3,000.00 | $421.95 |
| 35 | Intertec International Inc.<br>2472 Estman Avenue Bldg 33 34<br>Ventura CA 93003-5792 | $11,016.00 | $1,549.41 |
| 43 | KLA Tencor<br>267 Boston Road, Suite 5<br>North Billerica, MA 01862-2310 | $5,366.25 | $754.77 |
| 69 | W F Enterprises<br>329 S Ellsworth<br>San Mateo CA 94401 | $2,538.61 | $357.06 |
| 90 | Ushio America, Inc.<br>5440 Cerritos Avenue<br>Cypress, CA 90630 | $10,029.82 | $1,410.70 |
| 61 | Virtual Job Fair<br>4701 Patrick Henry Drive Ste 1901<br>Santa Clara CA 95054 | $1,200.00 | $168.78 |
| 79 | Aetas Peripheral Corp.<br>3868 Carson Street Suite 212<br>Torrance CA 90503 | $2,500.00 | $351.63 |
| 4 | California Safety Supply<br>44340 Osgood Road<br>Fremont, CA 94539 | $1,306.73 | $183.79 |
| 75 | Khani Publication<br>3973 Sepulveda Blvd.<br>Culver City, CA 90230 | $5,439.56 | $765.08 |
| 74 | Rohm Corporation<br>Kenneth A. Mackay<br>PO Box 19515<br>Irvine, CA 92713 | $148,620.83 | $20,903.67 |
| 83 | Englehard Clal LP<br>P O Box 890639<br>Dallas TX 75389-0639 | $15,725.16 | $2,211.76 |
| 88 | Solecon Laboratories<br>770 Trademark Drive<br>Reno, NV 89521-5926 | $200.00 | $28.13 |

SF98-59671 IMAGEPOWER SEMICONDUCTOR -- SAN JOSE.max

| # | Name/Address | Amount 1 | Amount 2 |
|---|---|---|---|
| 93 | Fluoroware Inc.<br>3500 Lyman Blvd.<br>Chaska, MN 55318 | $2,030.87 | $285.64 |
| 89 | TMP Worldwide<br>9045 N Deerwood<br>Milwaukee, WI 53223 | $561.93 | $79.04 |
| 92 | Mensco Inc<br>1725 Rutan Drive<br>Livermore, CA 94550 | $3,013.41 | $423.84 |
| 40 | SMS Inc.<br>830 S Hill St. #488<br>Los Angeles, CA 90014 | $10,778.67 | $1,516.03 |
| 94 | Amerimade Tech Inc.<br>449 Mountain Vista Pkwy<br>Livermore, CA 94551 | $37,286.71 | $5,244.41 |
| 95 | EMED<br>31340 Via Colinas #101<br>Westlake Village, CA 91362 | $177.47 | $24.96 |
| 100 | Lam Research Corp.<br>4650 Cushing Parkway<br>Attn: Laurie Haut. MS/CA4-104<br>Fremont, CA 94538 | $42,561.43 | $5,986.31 |
| 102 | Kam T Tam<br>3077 Paven Drive<br>San Jose CA 95148 | $20,110.25 | $2,828.53 |
| 99 | Pressure Vessel Service, Inc.<br>525 Seaport Blvd.<br>Redwood City, CA 94063-2711 | $14,791.60 | $2,080.45 |
| 104 | Romic Environment Tech.<br>2081 Bay Road<br>East Palo Alto CA 94303-1316 | $11,651.05 | $1,638.73 |
| 110 | Law Office of Bo In Lin<br>13445 Mandoli Drive<br>Los Alto Hills CA 94022 | $69,066.00 | $9,714.20 |
| 103 | Intelligent Technologies Service<br>1031 Serpentine Lane # 101<br>Pleasanton CA 94566 | $1,694.00 | $238.26 |
| 97 | Keithley Instuments<br>28775 Aurora Rd.<br>Cleveland. OH 44139 | $3,608.00 | $507.47 |

| | | | |
|---|---|---|---|
| 105 | Performance Laser Services<br>11835 Carmel Mountain Road<br>Suite 1304-100<br>San Diego, CA 92128 | $2,997.09 | 421.54 |
| 107 | Pacific Bell<br>Attn: Bankruptcy Recovery Center<br>140 New Montgomery Street<br>San Francisco, CA 94105 | $3,342.75 | $470.16 |
| 101 | Multiple Technologies Transport Inc.<br>5667 Snell Avenue Suite 313<br>PMB 313<br>San Jose CA 95123 | $1,398.50 | $196.70 |
| 112 | Coudert Brothers<br>303 Almaden Blvd. Fifth Floor<br>San Jose, CA 95110-2721 | $892.16 | $125.48 |
| 121 | Fluid Industrial Systems, Inc.<br>1545 Berger Drive<br>San Jose, CA 95112 | $10,463.50 | $1,471.70 |
| 114 | Corporate Express<br>1 Environmental Way<br>Broomfield, CO 80021-3416 | $5,497.04 | $773.16 |
| 119 | Prudential Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $16,777.58 | $2,359.78 |
| 126 | Wacker Siltronic Corp<br>P.O. BOX 83180<br>Portland, OR 47283 | $158,538.00 | $22,298.53 |
| 131 | Semiconductor Eng Group Inc<br>891 Ames Avenue<br>Milpitas CA 95035 | $66,823.38 | $9,398.77 |
| 122 | Ohka America Inc.<br>4600 NW Shute Rd.<br>Hillsboro, OR 97124 | $10,118.76 | $1,423.21 |
| 113 | Nikon Precision Inc.<br>1399 Shoreway Road<br>Belmont, CA 94002-4107 | $166,766.32 | $23,455.85 |
| 127 | Ashland Distribution Co<br>A Div of Ashland Inc.<br>Collection Dept. DS3<br>POB 2219<br>Columbus, OH 43216 | $47,499.64 | $6,680.87 |

| | | | |
|---|---|---|---|
| 128 | Sumitomo Sitix Silicon Inc<br>P O Box 7115<br>San Francisco CA 94120-7115 | $312,959.12 | $44,018.01 |
| 120 | Prudential Overall Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $24,787.89 | $3,486.44 |
| | TOTAL: | | $202,298.09 |

Dated: September 21, 2005

_____
MOHAMED POONJA, TRUSTEE

# LIMITED POWER OF ATTORNEY

I do hereby grant to **ASSET RECOVERY TRUST**, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

>To reclaim, recover, and return unclaimed funds in the amount of **$22,298.53** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED _Nov 29, 2005_   SIGNED _/s/ John Metcalf_

NAME    John Metcalf, CFO

COMPANY  SILTRONIC CORPORATION

SUBSCRIBED AND SWORN TO BEFORE ME THIS _29th_ DAY OF _NOVEMBER_, 2005, TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

NOTARY PUBLIC IN AND FOR

The State of _OREGON_

My Commission expires on _JUNE 3, 2008_

[SEAL]

OFFICIAL SEAL
MANUEL E. CUEVAS
NOTARY PUBLIC-OREGON
COMMISSION NO. 381464
MY COMMISSION EXPIRES JUNE 3, 2008

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:   MAGEPOWER SEMICONDUCTOR CORPORATION   CASE NO:  98-59671 ASW

Debtor(s)

NOTICE OF SERVICE

Notice is hereby given to the Court that on ___12-6-05___ the U.S. Attorney for the Northern District of California was advised, via first class mail, of the intent of SILTRONIC CORPORATION to apply for the release of unclaimed funds in the above referenced case.

Respectfully submitted,

Al Malone
ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100

# DECLARATION

I am Chief Financial Officer of SILTRONIC CORPORATION, a rightful creditor of case 98-59671 ASW.

In early 2004 the name of our company changed from WACKER SILTRONIC CORPORATION to SILTRONIC CORPORATION.

The old P.O. Box 83180 address on the Trustee listing was discontinued, we are presently located at 7200 NW Front Ave., Portland, OR 97210.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

_John Metcalf_
John Metcalf, CFO



John P. Metcalf
Chief Financial Officer

Siltronic Corporation
7200 NW Front Ave., M/S 10
Portland, OR 97210-3676, USA
Phone 503-219-7516
Fax 503-219-7596
john.metcalf@siltronic.com

SUBSCRIBED AND SWORN TO BEFORE ME THIS 29th DAY OF NOVEMBER, 2005,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

NOTARY PUBLIC IN AND FOR
The State of OREGON

[NOTARY SEAL]

My Commission expires on JUNE 3, 2008

OFFICIAL SEAL
MANUEL E. CUEVAS
NOTARY PUBLIC-OREGON
COMMISSION NO. 381464
MY COMMISSION EXPIRES JUNE 3, 2008

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Duration Date | Renewal Date |
|---|---|---|---|---|---|---|
| 015267-22 | FBC | ACT | DELAWARE | 07-03-1978 | | |
| **Entity Name** | SILTRONIC CORPORATION | | | | | |
| **Foreign Name** | | | | | | |

New Search

## Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | | |
|---|---|---|---|---|---|---|
| Addr 1 | 7200 NW FRONT AVE | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97229 | | Country | UNITED STATES OF AMERICA |

| Type | AGT | REGISTERED AGENT | | Start Date | 06-17-1996 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Of Record | 272965-81 | MN SERVICE CORPORATION (OREGON) | | | | | |
| Addr 1 | 111 SW FIFTH AVE #3500 | | | | | | |
| Addr 2 | | | | | | | |
| CSZ | PORTLAND | OR | 97204 | | Country | UNITED STATES OF AMERICA | |

| Type | MAL | MAILING ADDRESS | | | | |
|---|---|---|---|---|---|---|
| Addr 1 | 7200 NW FRONT AVE | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97210 | | Country | UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | | | | |
|---|---|---|---|---|---|---|
| Name | NEIL | J | NELSON | | | |
| Addr 1 | 7200 NW FRONT AVE | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97229 | | Country | UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | | | | |
|---|---|---|---|---|---|---|
| Name | ERICH | M | MERRILL | JR | | |
| Addr 1 | 111 SW 5TH AVE #3500 | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97204 | | Country | UNITED STATES OF AMERICA |

New Search

## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| SILTRONIC CORPORATION | EN | CUR | 02-19-2004 | |
| WACKER SILTRONIC CORPORATION | EN | PRE | 07-03-1978 | 02-19-2004 |



Colleen Hoyt
Financial Accounting Manager

Siltronic Corporation
7200 NW Front Avenue, MS 10
Portland OR 97210-3676, USA
Tel. 503-219-7558
Fax 503-241-7596
colleen.hoyt@siltronic.com

November 29th, 2005

Asset Recovery Trust
P.O. Box 4296
Costa Mesa, CA 92628

Attention: Al Melone, General Manager

Dear Mr. Malone,

Enclosed are the notarized documents for Limited Power of Attorney and Siltronic name change, as requested in your email dated 11/19/05, to recover the unclaimed funds in the amount of $22,298.53. We do not have a corporate seal.

If you need any additional information, please let me know.

Regards,

*Colleen Hoyt*

Colleen Hoyt
Siltronic Corporation

Enclosures