**Entered on Docket**
**May 10, 2006**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAY 0 9 2006

CLERK
United States Bankruptcy Court
San Jose, California

| | |
|---|---|
| In Re: | ) |
| | ) |
| MAGEPOWER SEMICONDUCTOR CORPORATION | ) CASE NO. 98-59671 ASW |
| | ) |
| | ) |
| Debtor, | ) ORDER FOR PAYMENT OF |
| | ) UNCLAIMED DIVIDENDS |
| | ) |

Upon the foregoing Motion and in accordance with the provisions of 28 USC 2042, good cause appearing therefore, it is hereby ORDERED that the amount of $9,714.20, constituting an unclaimed dividend, be paid to LAW OFFICE OF BO-IN LIN.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of:

LAW OFFICE OF BO-IN LIN
C/O ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628-4296

Dated: 5/9/06

U.S. Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | ) |  |
|---|---|---|
|  | ) |  |
| MAGEPOWER SEMICONDUCTOR | ) | CASE NO: 98-59671 ASW |
| CORPORATION | ) |  |
| Debtor, | ) | MOTION FOR RELEASE OF |
|  | ) | UNCLAIMED FUNDS |
|  | ) |  |

There having beea dividend check in the amount of $9,714.20, issued in the above case to creditor Law Office of Bo In Lin (sic), and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividends to the Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

The dividend check was not received because of reasons unknown - there was no change address -- see certified declaration attached.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $9,714.20 to:

> LAW OFFICE OF BO-IN LIN
> C/O ASSET RECOVERY TRUST
> P.O. Box 4296
> Costa Mesa, CA 92628

Dated: 1-23-06

Respectfully submitted,

Al Melone (locator)
ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100

FILED

OCT 1 2 2005

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MAGEPOWER SEMICONDUCTOR CORP.<br><br>    Debtor(s) | Case No. 98-59671-ASW<br><br>Chapter 7<br><br>NOTICE OF UNCLAIMED<br>DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 18 | SPI Semicon<br>1810 E Valencia Dr.<br>Fullerton, CA 92831 | $242.38 | $34.09 |
| 56 | Sprint<br>12221 Blue Valley Parkway<br>Overland Park, KS 66204 | $1,175.68 | $165.36 |
| 10 | MSIS Semiconductor Inc.<br>331 Whitney Pl.<br>Fremont, CA 94539-7665 | $28,320.00 | $3,983.24 |
| 8 | GDSI<br>247 Humbolt Court<br>Sunnyvale CA 94089 | $44,598.64 | $6,272.84 |
| 19 | TMT Incorporated<br>880 East Arques Avenue<br>Sunnyvale CA 94086 | $109,468.00 | $15,396.78 |
| | | | $ |

| | | | |
|---|---|---|---|
| 26 | Court Thomas<br>11800 Monarch<br>Union City, CA 94587 | $1,357.83 | $190.98 |
| 54 | Innovative Circuits Engineering<br>1516 Montague Expressway<br>San Jose CA 95131 | $3,000.00 | $421.95 |
| 35 | Intertec International Inc.<br>2472 Estman Avenue Bldg 33 34<br>Ventura CA 93003-5792 | $11,016.00 | $1,549.41 |
| 43 | KLA Tencor<br>267 Boston Road, Suite 5<br>North Billerica, MA 01862-2310 | $5,366.25 | $754.77 |
| 69 | W F Enterprises<br>329 S Ellsworth<br>San Mateo CA 94401 | $2,538.61 | $357.06 |
| 90 | Ushio America, Inc.<br>5440 Cerritos Avenue<br>Cypress, CA 90630 | $10,029.82 | $1,410.70 |
| 61 | Virtual Job Fair<br>4701 Patrick Henry Drive Ste 1901<br>Santa Clara CA 95054 | $1,200.00 | $168.78 |
| 79 | Aetas Peripheral Corp.<br>3868 Carson Street Suite 212<br>Torrance CA 90503 | $2,500.00 | $351.63 |
| 4 | California Safety Supply<br>44340 Osgood Road<br>Fremont, CA 94539 | $1,306.73 | $183.79 |
| 75 | Khani Publication<br>3973 Sepulveda Blvd.<br>Culver City, CA 90230 | $5,439.56 | $765.08 |
| 74 | Rohm Corporation<br>Kenneth A. Mackay<br>PO Box 19515<br>Irvine, CA 92713 | $148,620.83 | $20,903.67 |
| 83 | Englehard Clal LP<br>P O Box 890639<br>Dallas TX 75389-0639 | $15,725.16 | $2,211.76 |
| 88 | Solecon Laboratories<br>770 Trademark Drive<br>Reno, NV 89521-5926 | $200.00 | $28.13 |

SF98-59671 IMAGEPOWER SEMICONDUCTOR -- SAN JOSE.max

| | | | |
|---|---|---|---|
| 93 | Fluoroware Inc.<br>3500 Lyman Blvd.<br>Chaska, MN 55318 | $2,030.87 | $285.64 |
| 89 | TMP Worldwide<br>9045 N Deerwood<br>Milwaukee, WI 53223 | $561.93 | $79.04 |
| 92 | Mensco Inc<br>1725 Rutan Drive<br>Livermore, CA 94550 | $3,013.41 | $423.84 |
| 40 | SMS Inc.<br>830 S Hill St. #488<br>Los Angeles, CA 90014 | $10,778.67 | $1,516.03 |
| 94 | Amerimade Tech Inc.<br>449 Mountain Vista Pkwy<br>Livermore, CA 94551 | $37,286.71 | $5,244.41 |
| 95 | EMED<br>31340 Via Colinas #101<br>Westlake Village, CA 91362 | $177.47 | $24.96 |
| 100 | Lam Research Corp.<br>4650 Cushing Parkway<br>Attn: Laurie Haut. MS/CA4-104<br>Fremont, CA 94538 | $42,561.43 | $5,986.31 |
| 102 | Kam T Tam<br>3077 Paven Drive<br>San Jose CA 95148 | $20,110.25 | $2,828.53 |
| 99 | Pressure Vessel Service, Inc.<br>525 Seaport Blvd.<br>Redwood City, CA 94063-2711 | $14,791.60 | $2,080.45 |
| 104 | Romic Environment Tech.<br>2081 Bay Road<br>East Palo Alto CA 94303-1316 | $11,651.05 | $1,638.73 |
| 110 | Law Office of Bo In Lin<br>13445 Mandoli Drive<br>Los Alto Hills CA 94022 | $69,066.00 | $9,714.20 |
| 103 | Intelligent Technologies Service<br>1031 Serpentine Lane # 101<br>Pleasanton CA 94566 | $1,694.00 | $238.26 |
| 97 | Keithley Instuments<br>28775 Aurora Rd.<br>Cleveland, OH 44139 | $3,608.00 | $507.47 |

| | | | |
|---|---|---|---|
| 105 | Performance Laser Services<br>11835 Carmel Mountain Road<br>Suite 1304-100<br>San Diego, CA 92128 | $2,997.09 | 421.54 |
| 107 | Pacific Bell<br>Attn: Bankruptcy Recovery Center<br>140 New Montgomery Street<br>San Francisco, CA 94105 | $3,342.75 | $470.16 |
| 101 | Multiple Technologies Transport Inc.<br>5667 Snell Avenue Suite 313<br>PMB 313<br>San Jose CA 95123 | $1,398.50 | $196.70 |
| 112 | Coudert Brothers<br>303 Almaden Blvd. Fifth Floor<br>San Jose, CA 95110-2721 | $892.16 | $125.48 |
| 121 | Fluid Industrial Systems, Inc.<br>1545 Berger Drive<br>San Jose, CA 95112 | $10,463.50 | $1,471.70 |
| 114 | Corporate Express<br>1 Environmental Way<br>Broomfield, CO 80021-3416 | $5,497.04 | $773.16 |
| 119 | Prudential Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $16,777.58 | $2,359.78 |
| 126 | Wacker Siltronic Corp<br>P.O. BOX 83180<br>Portland, OR 47283 | $158,538.00 | $22,298.53 |
| 131 | Semiconductor Eng Group Inc<br>891 Ames Avenue<br>Milpitas CA 95035 | $66,823.38 | $9,398.77 |
| 122 | Ohka America Inc.<br>4600 NW Shute Rd.<br>Hillsboro, OR 97124 | $10,118.76 | $1,423.21 |
| 113 | Nikon Precision Inc.<br>1399 Shoreway Road<br>Belmont, CA 94002-4107 | $166,766.32 | $23,455.85 |
| 127 | Ashland Distribution Co<br>A Div of Ashland Inc.<br>Collection Dept. DS3<br>POB 2219<br>Columbus, OH 432116 | $47,499.64 | $6,680.87 |

| | | | |
|---|---|---|---|
| 128 | Sumitomo Sitix Silicon Inc<br>P O Box 7115<br>San Francisco CA 94120-7115 | $312,959.12 | $44,018.01 |
| 120 | Prudential Overall Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $24,787.89 | $3,486.44 |
| | TOTAL: | | $202,298.09 |

Dated: September 21, 2005

MOHAMED POONJA, TRUSTEE

SF98-59671 MAGEPOWER SEMICONDUCTOR -- SAN JOSE.max

# LIMITED POWER OF ATTORNEY/
## DECLARATION

I do hereby grant to **ASSET RECOVERY TRUST,** my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

> To reclaim, recover, and return unclaimed funds in the amount of **$9,714.20** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I do hereby declare that Law Office of BO-IN LIN   is a rightful creditor of 98-59671 ASW, that I am still located at the address on the Trustee's listing, 13445 Mandoli Dr., Los Altos Hills, CA 94022,  that the phone number is 650-949-0418, and that the enclosed Proof of Claim is a true and correct copy of the original that I filed in this case on behalf of my law firm.

I do hereby certify under penalty of perjury under U.S. law that the foregoing is true and correct.

DATED ___Jan 9, 2006___          SIGNED _____

                                 NAME_____ Bo-In Lin, Esq .

                                 COMPANY ___ Law Office of Bo-IN Lin ___

---

**SUBSCRIBED AND SWORN TO BEFORE ME** THIS __9__ DAY OF _January_, 2006
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL. By: _Bo-In Lin_

_____
NOTARY PUBLIC IN AND FOR

[SEAL]

The State of ____ CA / Santa Clara ____

My Commission expires on ___10/22/09___

**SHARON L. HAWKINS**
COMM. #1615478
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires Oct. 22, 2009

My Commission expires on ___/_____



Attorney at Law
California License
U.S. Patent Office License


**Bo-In Lin**, J.D., Ph.D.


13445 Mandoli Drive
Los Altos Hills, CA 94022
U.S.A.

Tel: (650) 949-0418
(650) 949-3436
Fax: (650) 949-4118
boinlin@aol.com

**Attorney Resources**

**Public Services**

**About the Bar**

**Member Services**

ATTORNEY SEARCH

## Bo-In Lin - #152105

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 152105 | | |
| **Address** | 13445 Mandoli Dr Los Altos Hills, CA 94022 | **Phone Number** | (415) 949-3436 |
| | | **Fax Number** | Not Available |
| | | **e-mail** | Not Available |
| **District** | District 3 | **Undergraduate School** | See Registration Card; US/ |
| **County** | Santa Clara | **Law School** | Santa Clara Univ SOL; Santa Clara CA USA |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 7/26/1994 | Active |

http://members.calbar.ca.gov/search/member_detail.aspx?x=152105

1/23/2006

B10 (Official Form 10)
(rev-1/94)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA | PROOF OF CLAIM | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

In re (Name of Debtor)
**Magepower Semiconductor Corporation**

Case Number: 98-59671
Cred. ID: 1892421
Chapter: 7

FILED
99 APR -2 AM 10: 34
U.S. ... COURT
NORTHERN DIST. OF CA.
SAN JOSE, CA.

Name of Creditor:
*(The person or other entity to whom the debtor owes money or property)*
**Law Office of Bo In Lin**

Creditor's Soc-Sec./Tax I.D. No.: ███████ 485

NAME *AND* ADDRESS WHERE NOTICES SHOULD BE SENT (*NOTE: STRIKE* any pre-printed text that is incorrect *AND* type or print correct information):
Law Office of Bo In Lin
13445 Mandoli Drive
Los Alto Hills CA 94022

☐ Check box if you have NEVER received any notices from the Bankruptcy Court in this case.

☐ Check box if you CHANGED any of the pre-printed address so that it now differs from the address on the envelope sent to you by the court.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Creditor's Telephone No.: ███████ 8

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

1. BASIS FOR CLAIM:
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly): *Patent application fees*

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ (date) to _____ (date)

2. DATE DEBT WAS INCURRED: *1997-1998*

3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.

CHECK THE APPROPRIATE BOX OR BOXES *below* that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest.
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☒ UNSECURED NONPRIORITY CLAIM $ *69066*
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $_____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan-11 U.S.C. § 507(a)(4)
☐ Up to $1800 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -11 U.S.C. § (507)(a)(6)
☐ Taxes or penalties of governmental units-11 U.S.C. § 507(a)(7)
☐ Other-Specify applicable paragraph of 11 U.S.C. § 507(a)_____

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED (FILL IN EACH ):
$ *69,066* (Unsecured)
$ _____ (Secured)
$ _____ (Priority)
$ *69,066* (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY. To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

*MAIL CLAIM TO*
Clerk, U.S. Bankruptcy Court
U.S. Bankruptcy Court
280 S. 1st Street, #3035
San Jose, CA 95113-3099

DATE: *3/15/99*

SIGN *AND* PRINT the name *AND* title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*[signature], attorney*     *Bo-In Lin*

**NOTE: DO NOT FILE CLAIM IF SAME ONE ALREADY FILED IN THIS CASE!!**

*PENALTY for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

106052064



2/3/94

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA


IN RE:   MAGEPOWER SEMICONDUCTOR CORPORATION    CASE NO:  98-59671 ASW



Debtor(s)

NOTICE OF SERVICE


Notice is hereby given to the Court that on ___/-23-06___ the U.S. Attorney for the

Northern District of California was advised, via first class mail, of the intent of  LAW OFFICE

OF BO-IN LIN  to apply for the release of unclaimed funds in the above referenced case.



Respectfully submitted,


Al Melone
ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100