UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 1 0 2006

CLERK
United States Bankruptcy Court
San Jose, California

In Re:  )
        )
MAGEPOWER SEMICONDUCTOR  ) CASE NO. 98-59671 ASW
CORPORATION              )
                         )
       Debtor,           ) ORDER FOR PAYMENT OF
                         ) UNCLAIMED DIVIDENDS
_____)

Upon the foregoing Motion and in accordance with the provisions of 28 USC 2042, good cause appearing therefore, it is hereby ORDERED that the amount of $5,986.31, constituting an unclaimed dividend, be paid to LAM RESEARCH CORPORATION.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of:

                                        LAM RESEARCH CORPORATION
                                      C/O ASSET RECOVERY TRUST
                                      P.O. Box 4296
                                      Costa Mesa, CA 92628-4296

Dated: 5/10/06

U.S. Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
MAGEPOWER SEMICONDUCTOR ) CASE NO: 98-59671 ASW
CORPORATION )
Debtor, ) MOTION FOR RELEASE OF
) UNCLAIMED FUNDS
)

There having been a dividend check in the amount of $5,986.31 issued in the above case to creditor LAM RESEARCH CORP., and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividend to the Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

The dividend check was not received because of reasons unknown - there was no change of name or address -- see certified declaration attached.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $5,986.31 to:

        LAM RESEARCH CORPORATION
        C/O ASSET RECOVERY TRUST
        P.O. Box 4296
        Costa Mesa, CA 92628

Dated: 2/14/06

        Respectfully submitted,

        _____
        Al Melone (locator)
        ASSET RECOVERY TRUST
        P.O. Box 4296
        Costa Mesa, CA 92628
        714-546-8100

# DECLARATION

I am Treasurer of LAM RESEARCH CORPORATION, a rightful creditor of case 98-59671 ASW.

We continue to be located at the address on the Trustee's listing, 4650 Cushing Parkway, Fremont, CA 94538, and do not know why the Trustee's check was not delivered. We are also located at 4300 Cushing Parkway, Fremont, CA 94538, and our phone number is 510-572-4457.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

_____
Roch LeBlanc

**Lam RESEARCH**

Roch LeBlanc, CFA
Treasurer

**Lam Research Corporation**
4300 Cushing Parkway
Fremont, CA 94538-6401 U.S.A.
Main 510.572.0200
www.lamrc.com

Direct 510.572.3547
Fax Treasury 510.572.1586
E-Fax 510.249.4755
E-mail roch.leblanc@lamrc.com

SUBSCRIBED AND SWORN TO BEFORE ME THIS 2nd DAY OF February, 2005, 2006  2/2/06
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.   np

see attached Jurat
NOTARY PUBLIC IN AND FOR

[NOTARY SEAL]

The State of _____

My Commission expires on _____

# JURAT

State of California

County of Alameda

Subscribed and sworn to (or affirmed) before me on this 2nd day of February, 2006, by Nancy Anne Paperno, Notary Public personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



(seal)

Signature _Nancy Anne Paperno_

# LIMITED POWER OF ATTORNEY

I do hereby grant to ASSET RECOVERY TRUST, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

> To reclaim, recover, and return unclaimed funds in the amount of **$5,986.31** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED  2/2/06      SIGNED  R LeBL

NAME   Roch LeBlanc

TITLE  Treasurer

COMPANY  LAM RESEARCH CORPORATION

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 2nd DAY OF February, 2006 ~~2005~~  2/2/06
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

See attached Jurat
NOTARY PUBLIC IN AND FOR

[SEAL]

The State of _____

My Commission expires on _____

# JURAT

State of California

County of _Alameda_

Subscribed and sworn to (or affirmed) before me on
this _2nd_ day of _February_, 20_06_,
by _Nancy Anne Paperno, Notary Public_

personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NANCY ANNE PAPERNO
Commission # 1526521
Notary Public - California
Alameda County
My Comm. Expires Nov 13, 2008

(seal)                    Signature _Nancy Anne Paperno_

Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400

**FILED**

OCT 1 2 2005

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 98-59671-ASW |
|---|---|
| MAGEPOWER SEMICONDUCTOR CORP. | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 18 | SPI Semicon<br>1810 E Valencia Dr.<br>Fullerton, CA 92831 | $242.38 | $34.09 |
| 56 | Sprint<br>12221 Blue Valley Parkway<br>Overland Park, KS 66204 | $1,175.68 | $165.36 |
| 10 | MSIS Semiconductor Inc.<br>331 Whitney Pl.<br>Fremont, CA 94539-7665 | $28,320.00 | $3,983.24 |
| 8 | GDSI<br>247 Humbolt Court<br>Sunnyvale CA 94089 | $44,598.64 | $6,272.84 |
| 19 | TMT Incorporated<br>880 East Arques Avenue<br>Sunnyvale CA 94086 | $109,468.00 | $15,396.78 |

$

| # | Name/Address | Amount | Amount |
|---|---|---|---|
| 26 | Court Thomas<br>11800 Monarch<br>Union City, CA 94587 | $1,357.83 | $190.98 |
| 54 | Innovative Circuits Engineering<br>1516 Montague Expressway<br>San Jose CA 95131 | $3,000.00 | $421.95 |
| 35 | Intertec International Inc.<br>2472 Estman Avenue Bldg 33 34<br>Ventura CA 93003-5792 | $11,016.00 | $1,549.41 |
| 43 | KLA Tencor<br>267 Boston Road, Suite 5<br>North Billerica, MA 01862-2310 | $5,366.25 | $754.77 |
| 69 | W F Enterprises<br>329 S Ellsworth<br>San Mateo CA 94401 | $2,538.61 | $357.06 |
| 90 | Ushio America, Inc.<br>5440 Cerritos Avenue<br>Cypress, CA 90630 | $10,029.82 | $1,410.70 |
| 61 | Virtual Job Fair<br>4701 Patrick Henry Drive Ste 1901<br>Santa Clara CA 95054 | $1,200.00 | $168.78 |
| 79 | Aetas Peripheral Corp.<br>3868 Carson Street Suite 212<br>Torrance CA 90503 | $2,500.00 | $351.63 |
| 4 | California Safety Supply<br>44340 Osgood Road<br>Fremont, CA 94539 | $1,306.73 | $183.79 |
| 75 | Khani Publication<br>3973 Sepulveda Blvd.<br>Culver City, CA 90230 | $5,439.56 | $765.08 |
| 74 | Rohm Corporation<br>Kenneth A. Mackay<br>PO Box 19515<br>Irvine, CA 92713 | $148,620.83 | $20,903.67 |
| 83 | Englehard Clal LP<br>P O Box 890639<br>Dallas TX 75389-0639 | $15,725.16 | $2,211.76 |
| 88 | Solecon Laboratories<br>770 Trademark Drive<br>Reno, NV 89521-5926 | $200.00 | $28.13 |

| # | Name / Address | Amount | Amount |
|---|---|---|---|
| 93 | Fluoroware Inc.<br>3500 Lyman Blvd.<br>Chaska, MN 55318 | $2,030.87 | $285.64 |
| 89 | TMP Worldwide<br>9045 N Deerwood<br>Milwaukee, WI 53223 | $561.93 | $79.04 |
| 92 | Mensco Inc<br>1725 Rutan Drive<br>Livermore, CA 94550 | $3,013.41 | $423.84 |
| 40 | SMS Inc.<br>830 S Hill St. #488<br>Los Angeles, CA 90014 | $10,778.67 | $1,516.03 |
| 94 | Amerimade Tech Inc.<br>449 Mountain Vista Pkwy<br>Livermore, CA 94551 | $37,286.71 | $5,244.41 |
| 95 | EMED<br>31340 Via Colinas #101<br>Westlake Village, CA 91362 | $177.47 | $24.96 |
| 100 | Lam Research Corp.<br>4650 Cushing Parkway<br>Attn: Laurie Haut. MS/CA4-104<br>Fremont, CA 94538 | $42,561.43 | $5,986.31 |
| 102 | Kam T Tam<br>3077 Paven Drive<br>San Jose CA 95148 | $20,110.25 | $2,828.53 |
| 99 | Pressure Vessel Service, Inc.<br>525 Seaport Blvd.<br>Redwood City, CA 94063-2711 | $14,791.60 | $2,080.45 |
| 104 | Romic Environment Tech.<br>2081 Bay Road<br>East Palo Alto CA 94303-1316 | $11,651.05 | $1,638.73 |
| 110 | Law Office of Bo In Lin<br>13445 Mandoli Drive<br>Los Alto Hills CA 94022 | $69,066.00 | $9,714.20 |
| 103 | Intelligent Technologies Service<br>1031 Serpentine Lane # 101<br>Pleasanton CA 94566 | $1,694.00 | $238.26 |
| 97 | Keithley Instuments<br>28775 Aurora Rd.<br>Cleveland, OH 44139 | $3,608.00 | $507.47 |

| | | | |
|---|---|---|---|
| 105 | Performance Laser Services<br>11835 Carmel Mountain Road<br>Suite 1304-100<br>San Diego, CA 92128 | $2,997.09 | 421.54 |
| 107 | Pacific Bell<br>Attn: Bankruptcy Recovery Center<br>140 New Montgomery Street<br>San Francisco, CA 94105 | $3,342.75 | $470.16 |
| 101 | Multiple Technologies Transport Inc.<br>5667 Snell Avenue Suite 313<br>PMB 313<br>San Jose CA 95123 | $1,398.50 | $196.70 |
| 112 | Coudert Brothers<br>303 Almaden Blvd. Fifth Floor<br>San Jose, CA 95110-2721 | $892.16 | $125.48 |
| 121 | Fluid Industrial Systems, Inc.<br>1545 Berger Drive<br>San Jose, CA 95112 | $10,463.50 | $1,471.70 |
| 114 | Corporate Express<br>1 Environmental Way<br>Broomfield, CO 80021-3416 | $5,497.04 | $773.16 |
| 119 | Prudential Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $16,777.58 | $2,359.78 |
| 126 | Wacker Siltronic Corp<br>P.O. BOX 83180<br>Portland, OR 47283 | $158,538.00 | $22,298.53 |
| 131 | Semiconductor Eng Group Inc<br>891 Ames Avenue<br>Milpitas CA 95035 | $66,823.38 | $9,398.77 |
| 122 | Ohka America Inc.<br>4600 NW Shute Rd.<br>Hillsboro, OR 97124 | $10,118.76 | $1,423.21 |
| 113 | Nikon Precision Inc.<br>1399 Shoreway Road<br>Belmont, CA 94002-4107 | $166,766.32 | $23,455.85 |
| 127 | Ashland Distribution Co<br>A Div of Ashland Inc.<br>Collection Dept. DS3<br>POB 2219<br>Columbus, OH 432116 | $47,499.64 | $6,680.87 |

| | | | |
|---|---|---|---|
| 128 | Sumitomo Sitix Silicon Inc<br>P O Box 7115<br>San Francisco CA 94120-7115 | $312,959.12 | $44,018.01 |
| 120 | Prudential Overall Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $24,787.89 | $3,486.44 |
| | TOTAL: | | $202,298.09 |

Dated: September 21, 2005

*[signature]*

MOHAMED POONJA, TRUSTEE



# Contact Us

Founded in 1980, Lam Research Corporation is headquartered in Fremont, California, USA, and has customer support centers throughout the United States, Japan, Europe, and the Asia Pacific region in order to meet the needs of its global customer base.

To contact us, please send an email message to the appropriate box below. This will ensure you inquiry is handled in a timely manner. We will not be able to respond to messages sent to the wrong mailbox.

**For business and sales information, or any inquiry regarding our products and technology, please email** salesinformation@lamrc.com.

For Investor Relations, please email **Investor.Relations@lamrc.com**.

For Media Relations, please email **Public.Relations@lamrc.com**.

For Community Affairs, please email **CommunityAffairs@lamrc.com**.

For a list of our offices worldwide, please go to the **Contacts and Offices** section.

For information or to submit comments about this site, please email **Webmaster@lamrc.com**.

**Lam Research Corporation**
Corporate Headquarters
4650 Cushing Parkway
Fremont, CA 94538
Tel: 1-510-572-0200

Contact Us | Terms of Use | Privacy Policy                    ©Copyright 2006 Lam Research Corporation

Case: 98-59671   Doc# 311   Filed: 05/10/06   Entered: 05/11/06 14:01:25   Page 12 of 13

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: MAGEPOWER SEMICONDUCTOR CORPORATION    CASE NO: 98-59671 ASW

Debtor(s)

NOTICE OF SERVICE

Notice is hereby given to the Court that on __2/14/06__ the U.S. Attorney for the Northern District of California was advised, via first class mail, of the intent of **LAM RESEARCH CORPORATION** to apply for the release of unclaimed funds in the above referenced case.

Respectfully submitted,

Al Melone
ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100