

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

    Magepower Semiconductor Corp.

Debtors

Case No. 98-59671 ASW

Chapter 7

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to <u>Sumitomo Sitix Silicon, Inc.</u> in the total amount of <u>$44,018.01</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>October 12, 2005</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>SUMCO Phoenix Corporation</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$44,018.01</u> to the order of <u>SUMCO Phoenix Corporation, Attn: Normund Vitols, 19801 N Tatum Boulevard, Phoenix, AZ 85050.</u>

Dated 8/6/06

UNITED STATES BANKRUPTCY JUDGE

# SUMCO USA 

April 6, 2006

IRT

United States Bankruptcy Court
Attn: Toni Taylor
PO Box 7341
San Francisco CA 94120-7341

RE: Bankruptcy Case #98-59671-ASW
Date 9/21/05
Debtor: Magepower Semiconductor Corp
Amount due Sumitomo Sitix Silicon Inc. $44,018.01

Enclosed please find a NOTICE OF SERVICE form requesting the unclaimed funds noted above due Sumco Phoenix Corporation from the bankruptcy of Magepower Semiconductor Corp. Magepower was our customer when they filed for Chapter 7 bankruptcy. We had an outstanding receivable from them in excess of $300,000.

Also enclosed are supporting documents including the Trustee's Notice of Unclaimed Dividends from the US Bankruptcy Court, an invoice with the former address indicated on the Trustee's Notice of Unclaimed Funds, a bill and check confirming our current address, an original business card of an officer of the company, and resolutions showing our legal name change to SUMCO Phoenix Corporation. All information provided to you is true and correct under penalty of perjury.

Please contact me if you have any questions or need additional information.

Sincerely,

Normund Vitols
VP Corporate Controller

MISTY MAE GILMORE
Notary Public – Arizona
Maricopa County
My Commission Expires
August 14, 2006

19801 N. Tatum Blvd. / Phoenix, AZ 85050 / Telephone: (480) 473-6000 / Facsimile: (480) 473-6100

# SUMCO USA



July 17, 2006

Ms. Toni Taylor
United State Bankruptcy Court
Northern District of California
235 Pine Street, 21st Floor
San Francisco CA 94104

RE: 98-59671 Magepower Semiconductor Corp
      Creditor: Sumitomo Sitix Silicon, Inc: $44,018.01

Dear Ms. Taylor,

Enclosed please find the items requested in your letter dated July 3, 2006. I have included the revised Affidavit of Service form notarized and our original letter requesting the unclaimed property notarized.

Please mail the check to:

      SUMCO PHOENIX CORPORATION
      ATTN: NORMUND VITOLS
      19801 N TATUM BOULEVARD
      PHOENIX, AZ 85050

Sincerely,

*Twila Loewen*

Twila Loewen
Accountant
(480)473-6130

**Normund E. Vitols**
Corporate Vice President of Finance
Board Secretary
Telephone: (480) 473-6050
Direct Fax: (480) 473-6109
E-mail: norm.vitols@SumcoUSA.com



**SUMCO USA**
19801 N. Tatum Boulevard, Phoneix, AZ 85050
Telephone: (480) 473-6000
www.SumcoUSA.com

Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400



OCT 1 2 2005

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 98-59671-ASW |
|---|---|
| MAGEPOWER SEMICONDUCTOR CORP. | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 18 | SPI Semicon<br>1810 E Valencia Dr.<br>Fullerton, CA 92831 | $242.38 | $34.09 |
| 56 | Sprint<br>12221 Blue Valley Parkway<br>Overland Park, KS 66204 | $1,175.68 | $165.36 |
| 10 | MSIS Semiconductor Inc.<br>331 Whitney Pl.<br>Fremont, CA 94539-7665 | $28,320.00 | $3,983.24 |
| 8 | GDSI<br>247 Humbolt Court<br>Sunnyvale CA 94089 | $44,598.64 | $6,272.84 |
| 19 | TMT Incorporated<br>880 East Arques Avenue<br>Sunnyvale CA 94086 | $109,468.00 | $15,396.78 |

$

| | | | |
|---|---|---|---|
| 26 | Court Thomas<br>11800 Monarch<br>Union City, CA 94587 | $1,357.83 | $190.98 |
| 54 | Innovative Circuits Engineering<br>1516 Montague Expressway<br>San Jose CA 95131 | $3,000.00 | $421.95 |
| 35 | Intertec International Inc.<br>2472 Estman Avenue Bldg 33 34<br>Ventura CA 93003-5792 | $11,016.00 | $1,549.41 |
| 43 | KLA Tencor<br>267 Boston Road, Suite 5<br>North Billerica, MA 01862-2310 | $5,366.25 | $754.77 |
| 69 | W F Enterprises<br>329 S Ellsworth<br>San Mateo CA 94401 | $2,538.61 | $357.06 |
| 90 | Ushio America, Inc.<br>5440 Cerritos Avenue<br>Cypress, CA 90630 | $10,029.82 | $1,410.70 |
| 61 | Virtual Job Fair<br>4701 Patrick Henry Drive Ste 1901<br>Santa Clara CA 95054 | $1,200.00 | $168.78 |
| 79 | Aetas Peripheral Corp.<br>3868 Carson Street Suite 212<br>Torrance CA 90503 | $2,500.00 | $351.63 |
| 4 | California Safety Supply<br>44340 Osgood Road<br>Fremont, CA 94539 | $1,306.73 | $183.79 |
| 75 | Khani Publication<br>3973 Sepulveda Blvd.<br>Culver City, CA 90230 | $5,439.56 | $765.08 |
| 74 | Rohm Corporation<br>Kenneth A. Mackay<br>PO Box 19515<br>Irvine, CA 92713 | $148,620.83 | $20,903.67 |
| 83 | Englehard Clal LP<br>P O Box 890639<br>Dallas TX 75389-0639 | $15,725.16 | $2,211.76 |
| 88 | Solecon Laboratories<br>770 Trademark Drive<br>Reno, NV 89521-5926 | $200.00 | $28.13 |

| | | | |
|---|---|---|---|
| 93 | Fluoroware Inc.<br>3500 Lyman Blvd.<br>Chaska, MN 55318 | $2,030.87 | $285.64 |
| 89 | TMP Worldwide<br>9045 N Deerwood<br>Milwaukee, WI 53223 | $561.93 | $79.04 |
| 92 | Mensco Inc<br>1725 Rutan Drive<br>Livermore, CA 94550 | $3,013.41 | $423.84 |
| 40 | SMS Inc.<br>830 S Hill St. #488<br>Los Angeles, CA 90014 | $10,778.67 | $1,516.03 |
| 94 | Amerimade Tech Inc.<br>449 Mountain Vista Pkwy<br>Livermore, CA 94551 | $37,286.71 | $5,244.41 |
| 95 | EMED<br>31340 Via Colinas #101<br>Westlake Village, CA 91362 | $177.47 | $24.96 |
| 100 | Lam Research Corp.<br>4650 Cushing Parkway<br>Attn: Laurie Haut. MS/CA4-104<br>Fremont, CA 94538 | $42,561.43 | $5,986.31 |
| 102 | Kam T Tam<br>3077 Paven Drive<br>San Jose CA 95148 | $20,110.25 | $2,828.53 |
| 99 | Pressure Vessel Service, Inc.<br>525 Seaport Blvd.<br>Redwood City, CA 94063-2711 | $14,791.60 | $2,080.45 |
| 104 | Romic Environment Tech.<br>2081 Bay Road<br>East Palo Alto CA 94303-1316 | $11,651.05 | $1,638.73 |
| 110 | Law Office of Bo In Lin<br>13445 Mandoli Drive<br>Los Alto Hills CA 94022 | $69,066.00 | $9,714.20 |
| 103 | Intelligent Technologies Service<br>1031 Serpentine Lane # 101<br>Pleasanton CA 94566 | $1,694.00 | $238.26 |
| 97 | Keithley Instuments<br>28775 Aurora Rd.<br>Cleveland, OH 44139 | $3,608.00 | $507.47 |

| | | | |
|---|---|---|---|
| 105 | Performance Laser Services<br>11835 Carmel Mountain Road<br>Suite 1304-100<br>San Diego, CA 92128 | $2,997.09 | 421.54 |
| 107 | Pacific Bell<br>Attn: Bankruptcy Recovery Center<br>140 New Montgomery Street<br>San Francisco, CA 94105 | $3,342.75 | $470.16 |
| 101 | Multiple Technologies Transport Inc.<br>5667 Snell Avenue Suite 313<br>PMB 313<br>San Jose CA 95123 | $1,398.50 | $196.70 |
| 112 | Coudert Brothers<br>303 Almaden Blvd. Fifth Floor<br>San Jose, CA 95110-2721 | $892.16 | $125.48 |
| 121 | Fluid Industrial Systems, Inc.<br>1545 Berger Drive<br>San Jose, CA 95112 | $10,463.50 | $1,471.70 |
| 114 | Corporate Express<br>1 Environmental Way<br>Broomfield, CO 80021-3416 | $5,497.04 | $773.16 |
| 119 | Prudential Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $16,777.58 | $2,359.78 |
| 126 | Wacker Siltronic Corp<br>P.O. BOX 83180<br>Portland, OR 47283 | $158,538.00 | $22,298.53 |
| 131 | Semiconductor Eng Group Inc<br>891 Ames Avenue<br>Milpitas CA 95035 | $66,823.38 | $9,398.77 |
| 122 | Ohka America Inc.<br>4600 NW Shute Rd.<br>Hillsboro, OR 97124 | $10,118.76 | $1,423.21 |
| 113 | Nikon Precision Inc.<br>1399 Shoreway Road<br>Belmont, CA 94002-4107 | $166,766.32 | $23,455.85 |
| 127 | Ashland Distribution Co<br>A Div of Ashland Inc.<br>Collection Dept. DS3<br>POB 2219<br>Columbus, OH 432116 | $47,499.64 | $6,680.87 |

| | | | |
|---|---|---|---|
| 128 | Sumitomo Sitix Silicon Inc<br>P O Box 7115<br>San Francisco CA 94120-7115 | $312,959.12 | $44,018.01 |
| 120 | Prudential Overall Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $24,787.89 | $3,486.44 |
| | TOTAL: | | $202,298.09 |

Dated: September 21, 2005

_____
MOHAMED POONJA, TRUSTEE


**Sumitomo Sitix Silicon, Inc.**
Fremont Division
49070 Milmont Drive, Fremont CA 94538
Phone (510) 651-3778 Fax (510) 651-0716

**INVOICE**

No.: 7944
Date: 9/30/98

BILL TO:
MagePOWER SEMICONDUCTOR CORP
2150 COMMERCE DRIVE
SAN JOSE CA 95131
Attn:

SHIP TO:
MagePOWER SEMICONDUCTOR CORP
2150 COMMERCE DRIVE
SAN JOSE CA 95131

Terms: Net 30 FOB Fremont

| CUSTOMER P.O. NO. | DATE SHIPPED | SHIPPED VIA | AIR BILL NO. | SUMITOMO S.O. NO. |
|---|---|---|---|---|
| M808111A | 9/30/98 | SSAF | | 2994 10 |

| CUSTOMER PART NO. 1100-52-6060- | SUMITOMO PART NO. B50L23 00962 |
|---|---|

| ITEM NO. | QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 586 | 5" EPITAXIAL SILICON WAFERS | 53.62 | 31,421.32 |

Remit Payment to: Sumitomo Sitix Silicon, Inc.
P.O. Box 7115
San Francisco CA 94120-7115

| INVOICE AMOUNT | 31,421.32 |

DOC# SR013-D



# DELL

This is your INVOICE    Page: 1 of 1

FID Number: 7█████████
Sales Rep: KIM KOPPENHAVER
For Sales: (800)234-9999
Sales Fax: (800)685-0438
For Customer Service: (800)234-9999
For Technical Support: (800)234-9999
Dell Online: http://www.dell.com

Customer Number: ████████
Purchase Order: ████████
Order Number: ████████
Order Date: ████████

Invoice Number: ████████
Invoice Date: ████████
Payment Terms: ████████
Due Date: ████████
Shipped Via: ████████
Waybill Number: BILL ONLY

**SOLD TO:**
████████
ACCOUNTS PAYABLE
SUMCO SOUTHWEST CORP
9401 SAN MATEO BLVD NE
ALBUQUERQUE NM 87113-2232

**SHIP TO:**
RECEIVING DEPT
SUMCO PHOENIX CORP
MICHAEL KREITZ
SPX CORPORATE 19801 NORTH TATUM BLVD
PHOENIX, AZ 85050

RECEIVED JAN 31 2005

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | A0145605 | ESX Server2 for 4 CPU | EA | ███ | ███ |
| 1 | 1 | A0171360 | ESX Server2 4CPU - Platinum 24 x7 Support | EA | ███ | ███ |

*Does not match po*

RECEIVED JAN 31 2005

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. PLEASE REMIT ALL PAYMENTS TO DELL MARKETING L.P. YOUR CONTRACTS HAVE BEEN ASSIGNED TO THIS ENTITY. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. PLEASE REMIT ALL PAYMENTS TO DELL MARKETING L.P. YOUR CONTRACTS HAVE BEEN ASSIGNED TO THIS ENTITY.

| | |
|---|---|
| Ship. &/or Handling | $ 0.00 |
| Subtotal | $ ███ |
| Taxable: $ ███ | Tax: $ ███ |
| ENVIRO FEE | $ 0.00 |
| Invoice Total | $ ███ |

# DELL

DETACH AT PERF AND RETURN WITH PAYMENT

Invoice Number: ████████
Customer Name: ACCOUNTS PAYABLE
Customer Number: ████████
Purchase Order: ████████
Order Number: 1███████

**MAKE CHECK PAYABLE/REMIT TO:**
DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 802816
CHICAGO, IL 60680-2816

| | |
|---|---|
| Ship. &/or Handling | $ 0.00 |
| Subtotal | $ ███ |
| Taxable: $ ███ | Tax: $ ███ |
| ENVIRO FEE | $ 0.00 |
| Invoice Total | $ ███ |
| | $ |
| | $ |
| | $ |
| Balance Due | $ ███ |
| Amt. Enclosed | $ |

71884

SCAN 4504

(Rev 3/04)

Case: 98-59671   Doc# 313   Filed: 08/06/06   Entered: 08/10/06 15:13:22   Page 12 of 17

| Sumco Phoenix Corporation | 19801 N. TATUM BOULEVARD • PHOENIX, AZ 85050 | | DATE | | CHECK | |
|---|---|---|---|---|---|---|
| INVOICE DATE | INVOICE NO. | PO NUMBER | DESCRIPTION | | | NET CHECK AMOUNT |
| ~~████~~ | ~~████~~ | ~~████~~ | | | | ~~████~~ |

Vendor: ~~████~~
DELL

STUB 1 of 1

TOTAL ~~████~~

PLEASE DETACH THIS PORTION BEFORE DEPOSITING CHECK

THIS CHECK CONTAINS A MICROPRINTED SIGNATURE LINE AND A WATERMARK • HOLD UP TO A LIGHT TO VIEW

**SUMCO**
SUMCO PHOENIX CORPORATION
19801 N. TATUM BOULEVARD
PHOENIX, AZ 85050
(480) 473-6000

CHECK

DATE    AMOUNT
******** ~~████~~44*
************************

PAY TO THE ORDER
DELL
P.O. BOX 802816
CHICAGO IL 60680-2816

VOID AFTER 90 DAYS

**NOT NEGOTIABLE**

FILE COPY

# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION
# OF
# SUMITOMO SITIX SILICON, INC.

*changing the corporate name to*
# SUMCO PHOENIX CORPORATION

**First:** A resolution was duly adopted by the Board of Directors of Sumitomo Sitix Silicon, Inc. setting forth a proposed amendment of the Certificate of Incorporation of said corporation and declaring said amendment to be advisable. The resolution setting forth the proposed amendment is as follows:

> **Resolved,** that the Certificate of Incorporation of this corporation be amended by changing Article 1 thereof so that, as amended, said Article shall be and read as follows:
>
> 1. <u>Name</u>. The name of the corporation is SUMCO Phoenix Corporation (hereinafter called the "Corporation").

**Second:** Thereafter, the sole shareholder approved the amendment by written consent.

**Third:** Said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

**Fourth:** The capital of said corporation shall not be reduced under or by reason of said amendment.

SUMCO Phoenix Corporation

By: _____
Kazuie Nagano
Chairman and Chief Executive Officer

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "SUMITOMO SITIX SILICON, INC.", CHANGING ITS NAME FROM "SUMITOMO SITIX SILICON, INC." TO "SUMCO PHOENIX CORPORATION", FILED IN THIS OFFICE ON THE FIRST DAY OF FEBRUARY, A.D. 2002, AT 1:46 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2215017  8100
AUTHENTICATION: 1593096

020068639
DATE: 02-01-02

## MINUTES OF SPECIAL MEETING
## OF THE SHAREHOLDER
## OF
## SUMITOMO SITIX SILICON, INC.

The sole shareholder of Sumitomo Sitix Silicon, Inc., a Delaware corporation (the "Corporation"), convened a special meeting of the shareholder at 9:00 a.m. on January 31, 2002. As permitted under Section 229 of the General Corporation Law, by signing these Minutes, the shareholder waives notice of the special meeting. The following business was conducted at the special meeting of the shareholder:

Corporate Name Change and Amendment to Certificate of Incorporation

The Board of Directors of the Corporation, by that certain Written Consent of Directors effective January 31, 2002 approved a resolution to (a) change the corporate name of the Corporation to SUMCO Phoenix Corporation (the "Name Change") and (b) approved the Certificate of Amendment of Certification of Incorporation of Sumitomo Sitix Silicon, Inc. in the form attached hereto as Exhibit A (the "Certificate of Amendment"). A motion was made and approved by the shareholder to (a) approve the Name Change and (ii) to approve the form of the Certificate of Amendment.

SUMCO USA Corporation, a Delaware corporation

By: _____
Kazuie Nagano
President and Chief Executive Officer

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

)
) Case No 98-59671
)
Magepower Semiconductor Corp ) Chapter 7
Debtor(s) )
)
) **AFFIDAVIT OF SERVICE**
)

Notice is hereby given to the court that on (date) 4/6/06 a copy of this application claiming funds in the amount of $44,018.01, on behalf of (creditor/claimant) Sumitomo Sitix Silicon _____, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Signature of Petitioner

7/14/2006
Date

MISTY MAE GILMORE
Notary Public – Arizona
Maricopa County
My Commission Expires
August 14, 2006

Normund Vitols
Type or Print Name of Petitioner
19801 N Tatum Blvd
Phoenix AZ 85050
Mailing Address