**FILED**

SEP 2 5 2006

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

U.S. BANKRUPTCY COURT
Northern District of California

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 98-59671 |
| | ) | CHAPTER 7 |
| Magepower Semiconductor Corp | ) | ORDER AUTHORIZING PAYMENT OF |
| | | UNCLAIMED BANKRUPTCY DIVIDEND |
| | ) | |
| DEBTOR (S) | ) | |
| | ) | |
| | ) | |

1. This matter comes before the Court upon the motion of Applicant Sierra Funds Recovery, Inc., attorney in fact for claimant Credence, as the successor in interest to the original creditor TMT Incorporated, seeking an entry of an order authorizing payment of unclaimed bankruptcy dividend(s).

2. It appearing to the Court that the said Applicant is entitled to receive payment of the dividend, and that said funds are now on deposit in the Registry of the Court or the United States Treasury, it is ORDERED that the clerk of the Court pay $15,396.78 to the order of:

> Credence
> c/o Sierra Funds Recovery, Inc.

> and mail the payment to:

> Sierra Funds Recovery, Inc.
> 10123 Main Place Ste. B
> Bothell, WA 98011-3402

Date ___9/25-06___                    _[signature]_
                                      United States Bankruptcy Judge

IN RE: ) CASE NO. 98-59671
) CHAPTER 7

Magepower Semiconductor Corp ) PETITION FOR UNCLAIMED FUNDS
)
DEBTOR (S) )
—————————————————— )

    I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America, declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning to receive the total amount of $15,396.78 which is the sum of all monies deposited with the Court by the case trustee on behalf of the creditor TMT Incorporated.

2. I am the lawful attorney-in-fact for the creditor (or successor in interest to the creditor) named in paragraph 1 and I am duly authorized by the attached original power of attorney to file this application. I acknowledge that I am solely responsible for payment of these funds to the creditor.

3. The following is the claimant's current address, contact, phone number, and a brief history of the creditor from filing of the creditor's claim to present.

    The court lists the following information for this claimant:

    TMT Incorporated
    880 East Arques Avenue
    Sunnyvale CA 94086

    That information is incomplete or no longer correct. The following is the current address, contact and telephone number:

    Current Address:

    Credence
    Attn: Byron Milstead, Vice President & General Counsel
    1421 California Circle
    Milpitas, CA 95035

    Current Phone: 408-635-4860

    Creditors History: The claimant named above is the rightful claimant to these funds as evidenced by the attached Exhibits. The original creditor, TMT Incorporated, was engaged in the semiconductor manufacturing and testing market. TMT Incorporated merged in to Credence Corporation on Oct 31, 2000.

Authorization to act as the claimant's agent is shown by Exhibit A. Exhibit B affirms the signatory's capacity to sign for the company and affirmatively attests to the ownership of the funds. Exhibit C confirms the California corporation "TMT Corporation" at the address in court records merged out of existence. Exhibit D is a press release of the merger of TMT and Credence describing the business segments both companies were involved in. Exhibit E documents the merger with the Delaware Secretary of State. Exhibit F documents the signatory.

<u>The following attached Exhibits support this claim:</u>

Exhibit A: Original Limited Power of Attorney (Authority to Act)
Exhibit B: Affidavit of Claimant
Exhibit C: California Secretary of State Filing
Exhibit D: Press Release
Exhibit E: Merger document filing
Exhibit F: Business card & Photo Identification of signatory (personal data obscured for privacy reasons)

Date executed by applicant May. 4, 06.

John G. Bettinger, President
Sierra Funds Recovery, Inc.
10123 Main Place Ste. B
Bothell, WA 98011-3402
425.489.2669

Attorney in Fact for
Credence

NOTARY ACKNOWLEDGMENT

State of Washington )
County of King )

On May 4, 2006 before me, personally appeared John G. Bettinger, President, of Sierra Funds Recovery, Inc. personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal:

SEAL

TONYA A. BETTINGER
STATE OF WASHINGTON
NOTARY — · — PUBLIC
MY COMMISSION EXPIRES 05-02-07

NOTARY PUBLIC
Notary in and for the State of Washington
Residing in King County

Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400



**FILED**

OCT 1 2 2005

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 98-59671-ASW |
| MAGEPOWER SEMICONDUCTOR CORP. | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 18 | SPI Semicon<br>1810 E Valencia Dr.<br>Fullerton, CA 92831 | $242.38 | $34.09 |
| 56 | Sprint<br>12221 Blue Valley Parkway<br>Overland Park, KS 66204 | $1,175.68 | $165.36 |
| 10 | MSIS Semiconductor Inc.<br>331 Whitney Pl.<br>Fremont, CA 94539-7665 | $28,320.00 | $3,983.24 |
| 8 | GDSI<br>247 Humbolt Court<br>Sunnyvale CA 94089 | $44,598.64 | $6,272.84 |
| 19 | TMT Incorporated<br>880 East Arques Avenue<br>Sunnyvale CA 94086 | $109,468.00 | $15,396.78 |

$

| 128 | Sumitomo Sitix Silicon Inc<br>P O Box 7115<br>San Francisco CA 94120-7115 | $312,959.12 | $44,018.01 |
| 120 | Prudential Overall Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $24,787.89 | $3,486.44 |
| | TOTAL: | | $202,298.09 |

Dated: September 21, 2005

_____

MOHAMED POONJA, TRUSTEE

## AUTHORITY TO ACT – AGENT AGREEMENT
### (Limited to One Transaction)

1.   **_Credence Corporation_**("hereafter CLIENT") successor in interest to **_TMT Incorporated_** appoints Sierra Funds Recovery, Inc., acting through its staff, as its Lawful Attorney In Fact, for the limited purpose of recovering, receiving and obtaining information pertaining to the claim of **_TMT Incorporated_** of an outstanding total amount of **$15,396.78** in unclaimed funds held by a government agency or authority for the case of: **98-59671  Magepower Semiconductor Corp**

2.   Sierra Funds Recovery, Inc. may not make any expenditure or incur any costs on behalf of CLIENT without CLIENT'S written consent.

3.   CLIENT grants Sierra Funds Recovery, Inc. authority to complete all actions legally permissible and reasonably necessary to recover the unclaimed funds.  This limited authority includes the right to endorse and negotiate any instrument of payment.

4.   CLIENT authorizes the use of a photocopy of this authorization to act in lieu of the original if required.

5.   This appointment is specifically limited to the collection and disbursement of the above named funds.  It shall become effective on the date signed below and shall be terminated upon the receipt of funds recovered by Sierra Funds Recovery, Inc.  CLIENT reserves the right to revoke this Authority to Act at any time by written notification.

Signed this 25th day of April, 2006

By: _____

Print Name & Title  Byron Milstead, Senior Vice President and General Counsel

| Affix Corporate Seal here (if unavailable, sign statement to the right) | Be it acknowledged, that the undersigned hereby says under oath that the corporate seal for this company is unavailable to the undersigned. <br> By: _____ |
|---|---|

### NOTARY ACKNOWLEDGMENT

State of Oregon )                                        County of Washington

Before me, the person named above, personally appeared and acknowledged to me that he/she is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.  Identification for the above named was (please check the appropriate box):

☐ Driver's License (or specify other identification type _____ )          **Notary Seal**
☒ Personally Known

Signed this 1st day of May, 2006

Notary Public Signature: Mary E Thompson

Residing At: Hillsboro, OR          My Commission Expires May 6, 2008

EXHIBIT A

$15,396.78  Credance
SFR05153-SO

page 1 of 1

OFFICIAL SEAL
MARY E THOMPSON
NOTARY PUBLIC-OREGON
COMMISSION NO. 371742
MY COMMISSION EXPIRES MAR. 6, 2008





**Byron W. Milstead**
Senior Vice President & General Counsel

1421 California Circle
Milpitas, CA 95035
Tel: (408) 635-4860
Cell: (503) 705-7613
Fax: (408) 635-4989

byron_milstead@credence.com

**credence**



page 1 of 1

**Byron W. Milstead**
Senior Vice President & General Counsel

5975 N.W. Pinefarm Place
Hillsboro, OR  97124
Tel: (503) 466-7945
Cell: (503) 705-7613
Fax: (503) 466-7495

**credence**

byron_milstead@credence.com

**Byron W. Milstead**
Senior Vice President & General Counsel

1421 California Circle
Milpitas, CA  95035
Tel: (408) 635-4860
Cell: (503) 705-7613
Fax: (408) 635-4989

**credence**

byron_milstead@credence.com



Login - Site Map

      

Search

## Worldwide Offices

**ABOUT CREDENCE**

Company Overview
Leadership
Corporate Governance
Company Fact Sheet
**Worldwide Offices**
Credence Partners

**SHORTCUTS**

Product Overview
Contact Us

### Corporate Headquarters

1421 California Circle
Milpitas, CA  95035
Telephone: 408-635-4300
Fax: 408-635-4985

**(Distributors noted with asterisk **)**

### Arizona

1711 West Greentree Drive
Suite 116
Tempe, AZ  85284
Telephone: 480-893-1656
Fax: 480-755-1572

### California

1421 California Circle
Milpitas, CA  95035
Telephone: 408-635-4300
Fax: 408-635-4985

15707 Rockfield Blvd.
Suite 115
Irvine, CA  92618
Telephone: 949-951-6448
Fax: 949-768-0970

### Colorado

7899 Lexington Drive
Lexington Center, Suite 201
Colorado Springs, CO  80920
Telephone: 719-388-1300
Fax: 719-531-9137

### Oregon

5975 NW Pinefarm Place
Hillsboro, OR  97124
Telephone: 503-466-7500
Fax: 503-466-7400

### Texas

Barton Creek Plaza II
3801 S. Capitol of Texas Hwy.
Suite 100
Austin, TX  78704
Telephone: 512-329-5271
Fax: 512-329-8150

14135 Midway Road
Suite 200
Addison, TX 75001
Telephone: 972-308-9555
Fax: 972-386-7613

# BACKGROUNDER

## Credence Systems Corporation

July 2006

www.credence.com

FOR MORE INFORMATION, PLEASE CONTACT:

<u>Company</u>
Judy A.E. Dale
Vice President, Marketing Communications & Investor Relations
Credence Systems Corporation
1421 California Circle
Milpitas, CA 95035
Tel: 408.635.4309
Fax: 408.635.4986
judy_dale@credence.com

Credence, EmiScope, and XTOS are registered trademarks of Credence Systems Corporation. Credence Systems, OptiFIB, ASL 1000, ASL 3000, MVNA, Falcon, Piranha, ASL 1000, ASL 3000, and Sapphire are trademarks of Credence Systems Corporation. All other trademarks mentioned in this document are the intellectual property of their respective owners. All contents ©2006 by Credence Systems Corporation and may not be reproduced without permission.

Background rev. July 2006

**CORPORATE HEADQUARTERS**

Credence Systems Corporation
1421 California Circle
Milpitas, CA 95035
USA
Telephone: 408.635.4300
Fax: 408.635.4986
www.credence.com

**OPERATIONS**

Credence markets and sells its products in the United States principally through its direct sales organizations. Outside the United States, the Company utilizes both direct sales and a broad network of distributors in all the major centers.

**WORLDWIDE SUPPORT OFFICES**

| Asia | Europe | United States |
|---|---|---|
| China | Belgium | Arizona |
| Hong Kong | France | California |
| India | Germany | Colorado |
| Japan | Ireland | Florida |
| Korea | Israel | Idaho |
| Malaysia | Italy | Maryland |
| Philippines | Malta | Massachusetts |
| Singapore | Sweden | New York |
| Taiwan | Switzerland | Oregon |
| Thailand | United Kingdom | Texas |
| | | Costa Rica |

# About Credence

## THE COMPANY

Credence Systems Corporation is a leading provider of debug, characterization and production test solutions for the global semiconductor industry. By applying leading-edge technology to lower the overall cost-of-test, Credence delivers competitive cost and performance advantages to integrated device manufacturers (IDMs), wafer foundries, outsource assembly and test (OSAT) suppliers and fabless chip companies worldwide.

With today's challenging business conditions, critical profit opportunities for integrated circuit (IC) manufacturers are dependent on being first to market and lowering the cost-of-test. Credence is committed to delivering the most cost-effective products and services that move customers' devices from concept through production. The Company's product portfolio is designed to provide customers with the economic and throughput advantages needed to maximize their profit margins.

Credence was founded in 1978 and is publicly traded on the Nasdaq stock market under the symbol CMOS. Headquartered in Milpitas, California, Credence maintains a worldwide presence in twenty countries.

## USING ADVANCED TECHNOLOGIES TO MINIMIZE DEVELOPMENT AND PRODUCTION COSTS

Semiconductor manufacturers today are creating complex integrated circuits (ICs) of unprecedented size and functionality. These ICs are challenging traditional test methodologies to achieve a faster ramp to volume, shorter test times and lower cost-of-test. To address these test challenges, manufacturers are turning to a more comprehensive approach that smoothes the transition from design to production test, speeds validation and characterization, and provides cost-effective production test.

**Expanded Product Portfolio**: More than any other ATE company, Credence embraces the growing demand for thorough, accurate and reliable test solutions at every stage of the development process. The Company has strategically developed its "complete lab" solution, an advanced portfolio of debug, validation, and characterization solutions. These solutions are designed to provide customers critical information about actual device performance at first silicon, significantly accelerating product introductions and reducing the overall cost-of-test. Credence's ATE product portfolio includes high-end SoC, mixed-signal, RF, and automotive test systems, with a full suite of debug characterization tools. In combination with Credence's "complete lab" solution, the Company's modular and highly scalable, single-platform end-to-end test solutions help customers ensure the quality of their devices, while lowering the cost-of-test and speeding time-to-market.

**Technology Advancements**: New developments in semiconductor design and manufacturing technology have introduced significant new challenges for IC designers and manufacturers. Short channel effects, multi-level interconnect cross talk problems, and new materials such as silicon-on-insulator (SOI) have made modeling and simulation of semiconductor devices and processes extremely difficult. This has resulted in longer design cycles and increased costs to bring new products to market. Responding to this need, Credence offers its customers the full range of test capabilities—from design characterization to high-volume production test—required to help speed time-to-market for the most complex deep submicron IC and SoC designs.

**Cost-of-Test Leadership**: With the trend toward increasing device speed and complexity, semiconductor manufacturers face greater test challenges. The overall cost-of-test already represents a significant portion of the total device cost to manufacturers, who must control these costs to succeed in today's competitive global marketplace. Through innovative software and hardware, Credence is leading the industry in reducing cost-of-test for a broad range of semiconductor devices.

**Worldwide Technical Support and Customer Service**: As semiconductor manufacturers expand operations worldwide, the capability to provide global support, service and training becomes more critical. This requirement is met by Credence through the utilization of a combination of direct sales, service and support personnel, complemented by a broad network of independent distributors located in close proximity to major customer sites. Working closely with distributors, Credence currently maintains locations throughout the world to service and support a broad customer base. Credence's commitment to the highest levels of customer service and support has resulted in the top ten honors in the annual VLSI Research Inc Customer Satisfaction Survey over the last several years.

# Products

## DIAGNOSTICS AND CHARACTERIZATION TOOLS

As semiconductor product designs migrate below 130 nm, accurate modeling device behavior is becoming extremely challenging. Statistical process variation and pattern-dependent faults create subtle defects that are not captured in the design phase. As a result, the importance of design debug and electrical failure analysis (EFA) is growing. In fact, in today's competitive environment debug and EFA have become critical competencies for leading-edge companies in the semiconductor industry.

Credence provides integrated diagnostics and characterization tools to enable advanced semiconductor product development from concept to yield. These tools accelerate first silicon debug and EFA, reducing the need for costly mask changes and improving time-to-market. The Company's engineering test equipment, leading-edge optical node-level probe systems, laser-scanning microscopes, photon-counting emission microscopes, and circuit-editing tools reduce time from fault isolation to recovery. Designed specifically the engineering environment, these solutions are portable and easy to use, minimizing test investment and infrastructure costs.

Leading IDMs and fabless companies worldwide have utilized Credence systems such as the EmiScope® and OptiFIB™ to lower the risks associated with introducing new designs to market. Employing a timing-resolved photon emission microscope, the EmiScope helps improve the IC design and manufacturing processes by optimizing device speed paths and tracing root causes of timing problems. The OptiFIB is a focused ion beam (FIB) system used for front-side or back-side circuit editing on ICs manufactured with complex processes including copper, low-k dielectric, SOI and any number of metal layers.

## HIGH-VOLUME PRODUCTION

Credence's production test systems deliver innovative technologies to reduce test costs for some of the world's leading semiconductor manufacturers. The Company offers a wide range of systems to test the complex ICs typical in today's automobile, portable computing, consumer and communications products. The technical and economic challenges of next-generation devices and applications such as SoC and radio frequency integrated circuits (RFICs) require the use of focused, cost-effective test solutions with the performance capabilities to address higher data rates, frequencies and bandwidths. Industry-leading ATE systems such as Credence's Sapphire™ platform and ASL series are production-proven and accepted by industry- and market-leading semiconductor companies worldwide for their compelling performance and economic benefits. The Sapphire platform includes the Sapphire S, Sapphire D-10 and Sapphire D-40 test systems.

Sapphire S is the industry's first open architecture ATE system. Engineered from every perspective to reduce cost-of-test, it offers scalable performance at any level and combination of analog and digital capabilities, pin count, power and price-performance — enabling companies to easily tailor test systems for their unique test roadmaps. For SoC test, Sapphire S is a fully re-configurable, modular, scalable test system that adapts easily to a variety of requirements from DC to multi-gigahertz test. With analog and digital instruments that are interchangeable within the universal slot test head architecture, Sapphire S can address the challenges of the most complex microcomputer, consumer and communications devices. A patented source synchronous strobe architecture and jitter tolerance testing at the DUT receiver are just two of the ways the Sapphire S differentiates itself from other SoC systems in delivering high performance at the lowest cost-of-test.

Today's semiconductor manufacturers require a single set of tools that can be used to debug next-generation high-speed semiconductor designs, characterize finished design performance parameters and cost-effectively support high-volume manufacturing test. Credence's 6.4 Gbps solutions portfolio for high-speed semiconductor test applications is tailored to deliver this capability with an optimal price and performance combination on the Sapphire S test system. Two new instruments in this 6.4 Gbps solutions portfolio are the D-6436 and D-6408. The D-6436 is targeted for silicon debug of designs operating up to 6.4 Gbps and has the highest channel count density and relative cost-effectiveness of any instrument currently available in its class today. The D-6408 supports optimal device characterization and new design validation. Leveraging Credence's proprietary IP, these instruments are being used as a low cost end-to-end solution for high-speed serial bus applications up to 6.4 Gbps.

The Sapphire D-10, which earned *Test & Measurement World's* 2005 Best in Test Award, is an innovative, high-throughput, multi-purpose wafer sort and final test solution, specifically designed to address the economic requirements of the microcontroller, wireless baseband, display driver and low- cost consumer mixed-signal device markets. Also optimized for the 200 Mbps probe market, the Sapphire D-10 supports massive multi-site production. The system is based on the Company's patented technologies, enabling it to deliver more than two times the power of Credence's extremely successful Quartet system in a very small, air-cooled chassis. The Sapphire D-10 modular and flexible configuration supports 768 digital pins and a full complement of high density, analog and mixed-signal instruments at half the cost of competing platforms.

The Sapphire D-40 is the latest addition to the Sapphire D series. Combining analog, digital, mixed-signal and RF test instrumentation, the Sapphire D-40's high-density technology delivers the best performance/cost ratio available in the industry today. Leveraging the proprietary integration technologies first introduced in the Sapphire D-10, the Sapphire D-40 enables pin counts of over 3,000 pins, helping customers maintain the challenging balance between device integration and test cost. The Sapphire D-40 delivers enhanced data management and parallel test capabilities that translate into the highest throughput available in any test system currently on the market. It delivers four times the test performance of the Sapphire D-10, with a mere 25 percent increase in system footprint. This new, low-cost ATE system expands the Sapphire D series' market reach by providing the most feature-rich, flexible and user-friendly multi-site, end-to-end test solution available for devices intended for consumer wireless, RF and automotive applications.

Available on the new Sapphire D-40 and ASL 3000RF™ is the patented modulated vector network analysis (MVNA™) technology to address next-generation wireless devices and applications, such as 802.11 WLAN, CDMA and GSM. The MVNA RF option for Sapphire D-40 builds upon its widespread adoption first introduced in the ASL 3000RF. The MVNA RF architecture is a proprietary blend of technologies, including distributed signal processing, encapsulated measurement algorithms, and high performance front end electronics to deliver the utmost RF measurement accuracy with the shortest test time. The MVNA RF option provides highly efficient test program development with advanced signal processing algorithms that include modulation waveforms and EVM measurements for a wide range of wireless communication standards such as W-CDMA, WiMAX, 802.11n, and others.

The ASL 3000RF uses the proven modular architecture of the ASL 3000 and ASL 1000, which efficiently address standard analog and mixed-signal ICs such as consumer audio and video, power management and op-amp devices. By itself the ASL 1000 ™ has an installed base of over 2,000 systems, nearly half of which were ordered between the spring of 2005 and the spring of 2006.

## David L. House, Executive Chairman of the Board

Mr. House was appointed Executive Chairman of the Board of Credence Systems Corporation in December 2005. A forty-year veteran of the computing, communication and semiconductor industries, Mr. House served as Chairman, President, and CEO of Allegro Networks from 2001 to 2003, a privately-held data communications equipment supplier of high-performance broadband internetworking products. Beginning in 1996, Mr. House served as Chairman and Chief Executive Officer of Bay Networks, managing the company following the merger of SynOptics Communications and Wellfleet Communications. He then negotiated and led Bay Networks through its merger with Nortel Networks and served as President of Nortel after the completion of the merger in 1998. Mr. House spent 22 years in management roles at Intel, including 19 years as General Manager of the company's microcomputer components business. He also managed the team that developed the highly successful "Intel Inside" marketing program, one of the most recognized brands in the world and the most successful ingredient brand ever developed. Earlier in his career, Mr. House designed and managed the development of minicomputers and digital systems at Microdata, Honeywell and Raytheon. Mr. House also serves as Chairman of the Board of Brocade Communications Systems, the leading provider of storage area network (SAN) infrastructure, and is a member of the Board of Directors of Azaire Networks, a privately-held broadband mobility supplier headquartered in Santa Clara, California.

Involved in numerous community and charitable organizations, Mr. House is on the Boards of the Computer History Museum, The Tech Museum of Innovation, and the Mountain Winery Kid's Foundation. Mr. House has a BS in Electrical Engineering from Michigan Technological University and an MS in Electrical Engineering from Northeastern University.

## David A. Ranhoff, President and Chief Executive Officer

Mr. Ranhoff was appointed Chief Executive Officer and President of Credence in January 2005. Since joining Credence Systems Corporation in 1986, Mr. Ranhoff has held a variety of positions, including co-president, executive vice president, senior vice president of sales, and managing director of European operations. In November 1999, Mr. Ranhoff was appointed to the position of chief operating officer, responsible for the company's three strategic business units, marketing, engineering, and field and manufacturing operations. In August 2001, Mr. Ranhoff expanded his role to include the position of president. Prior to Credence, he held a variety of positions at GenRad and Axiom Technology. With more than 23 years in automated test equipment (capital equipment), Mr. Ranhoff earned his BSEE degree from Northeastern University.

## John C. Batty, Senior Vice President of Finance and Chief Financial Officer

Mr. Batty was named the senior vice president of finance and chief financial officer of Credence Systems Corporation in December 2004. Prior to Credence, Mr. Batty served as the chief operating officer of Network Equipment Technologies Inc. (N.E.T), a global provider of networking technology platforms. He joined N.E.T. as its senior vice president and chief financial officer in December 1999 before being appointed chief operating officer in April 2001. Prior to joining N.E.T., Mr. Batty served as vice president of finance and chief financial officer of Verilink Corporation, a provider of intelligent wide-area-network access solutions. Prior to Verilink, he held various positions during his eleven-year tenure at VLSI Technology, Inc., including controller, director of corporate financial planning and finally vice president

and treasurer before its acquisition by Phillips Semiconductor. In addition, Mr. Batty has worked in a variety of financial management capacities at Intel Corporation. With more than 22 years background in high technology, including 15 years in the semiconductor industry, Mr. Batty earned his B.A. in Economics at the University of New Hampshire and his M.B.A. from the University of Chicago Graduate School of Business.

**Brett Hooper, Senior Vice President, Human Resources**

Brett Hooper is the senior vice president, human resources of Credence Systems Corporation. Previously he was vice president of human resources at NPTest and its predecessor, Schlumberger Semiconductor Solutions. He has led personnel departments since 1999 and has had worldwide responsibilities since 2000. Before that, Mr. Hooper headed Schlumberger communication groups in New York and San Jose. Joining Schlumberger in 1987, Mr. Hooper has also held positions in engineering, recruiting and sales. He holds a B.S. in Petroleum Engineering from the University of Texas.

**Byron Milstead, Senior Vice President and General Counsel**

Byron W. Milstead has served as Senior Vice President and General Counsel since December 2005. Prior to that, he was Vice President and General Counsel from November 2000. Before joining Credence Mr. Milstead was a partner with the Portland, Oregon law firm of Ater Wynne LLP. He was an associate and partner in the Portland, Oregon office of Bogle & Gates PLLC prior to joining Ater Wynne LLP in 1996. Mr. Milstead has practiced law since 1982.

## Affidavit of Claimant Credence Corporation

I,(name) Byron Milstead, (title) Senior Vice President and General Counsel, of Credence Corporation, (the Company) under the penalty of perjury of the laws of the United States of America declare (or certify, verify or state) the following statements are true and correct:

1. In my position within the Company, I am qualified to sign on behalf of the Company and I am knowledgeable of the company history.

2. The company is, to the best of my knowledge, the entitled claimant to the unclaimed funds referenced in this application.

3. The Company directly acquired or is the successor in interest to TMT Incorporated and is now entitled to funds owed to TMT Incorporated. This transaction occurred (approximately) in October, 2000.

4. The Company has authorized Sierra Funds Recovery, Inc. to represent our interests and manage the recovery of an outstanding unclaimed fund amount of $15,396.78 resulting from the bankruptcy of (Debtor) Magepower Semiconductor Corp.

5. The company's current contact information is as follows:

|  |  |
|---|---|
| Attention | Byron Milstead |
| Address | Five Oaks West Business Park |
|  | 5975 Pinefarm Place |
|  | Hillsboro, OR 97124 |
| Phone | 503-466-7945 |

Signed this 28th day of April, 2006

Signature _____

| Affix Corporate Seal here (if unavailable, sign statement to the right) | Be it acknowledged, that the undersigned hereby says under oath that the corporate seal for this corportion is unavailable. By: _____ |
|---|---|

### NOTARY ACKNOWLEDGMENT

State of Oregon )            County of Washington )

Before me, the person named above, personally appeared and acknowledged to me that he/she is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act. Identification for the above named was (please check the appropriate box):

☐ Driver's License (or specify other identification type _____ )
☒ Personally Known

Signed this 1st day of May, 2006

Notary Public Signature: Mary E. Thompson

Residing At Hillsboro, OR        My Commission Expires Mar 6, 2008

*NOTARY SEAL — OFFICIAL SEAL MARY E. THOMPSON NOTARY PUBLIC-OREGON COMMISSION NO. 377445 MY COMMISSION EXPIRES MAR. 6, 2008*

$15,396.78 Credence
SFR05153-SO

# California Business Portal
### Secretary of State BRUCE McPHERSON

**DISCLAIMER:** The information displayed here is current as of APR 28, 2006 and is updated weekly. It is not a complete or certified record of the Corporation.

## Corporation

TMT, INC.

**Number:** C1925083          **Date Filed:** 1/4/1995          **Status:** merged out

**Jurisdiction:** California

## Address

880 E ARQUES

SUNNYVALE, CA 94086

## Agent for Service of Process

MIKE MORTOR

25257 TERRACE GROVE RD

LOS GATOS, CA 95033

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.



Case: 98-59671     Doc# 314     Filed: 09/25/06     Entered: 09/29/06 11:49:17     Page 19 of 24



## Archived Press Releases

PRODUCES

Press Releases
- Current Press Releases
- Financial Press Releases
- **Archived Press Releases**

In the News

Calendar of Events

Press Kit

News Center

Executive Team

Company Fact Sheet

Worldwide Offices

Financial Information

Investors

Back to Archived Press Release Listing

For More Information Contact:

**Agency Contact:**
Sandy Fewkes
Technical Marketing Programs
Phone: 408-737-0285
Fax: 408-737-9529
E-mail: sandy@technicalmarketing.com

**Company Contact:**
Connie Graybeal
Credence Systems Corporation
Phone: 510-623-4774
Fax: 510-623-2524
E-mail: connie_graybeal@credence.com

### Credence Completes Acquisition Of Leading Communications Test Supplier TMT, Inc.

*The acquisition adds complementary test solutions for the communications device market.*

**Fremont, California -- May 11, 2000 --** Credence Systems Corporation (Nasdaq National Market: CMOS), a leading manufacturer of automatic test equipment (ATE) for the worldwide semiconductor industry, today announced it has completed its previously announced acquisition of TMT, Incorporated. TMT, located in Sunnyvale California, is a fast growing ATE supplier in the communications segment, which includes cost-sensitive cell phone chips that require low-cost-of-test strategies. TMT focuses on providing cost-effective test equipment for the high-volume RF/wireless and linear mixed-signal semiconductor device markets. The acquisition will be accounted for under the purchase method of accounting for a purchase price of $80 million comprised of $70 million in cash, plus the assumption of TMT's outstanding employee stock options. TMT employs over 100 people and has been in business since 1991.

**About TMT**
TMT, inc. is a privately held company based in Sunnyvale, California, which designs and manufactures cost-effective ATE for high-volume producers of RF/wireless, mixed-signal, and linear semiconductor devices. The company has grown rapidly since its formation in 1991. In 1999, Deloitte & Touche ranked TMT the 16th fastest growing company in Silicon Valley. In 1997, TMT won the prestigious "Best in Test" award from Test & Measurement World and it was ranked number 4 in the 1999 VLSI Research Customer Satisfaction Survey. More information is available at http://www.tmt-inc.com

**About Credence**
Credence Systems Corporation is a leader in the manufacture of ATE for the global semiconductor industry. Credence offers a wide range of products with test capabilities for digital, mixed-signal, and non-volatile memory semiconductors.

Utilizing its proprietary CMOS technologies, Credence products are designed to meet the strict time-to-market and cost-of-ownership requirements of its customers. Headquartered in Fremont, California, the company maintains advanced production and design facilities in Hillsboro, Oregon. Credence, an ISO 9001 certified manufacturer, is listed on the Nasdaq National Market under the symbol CMOS. More information is available at http://www.credence.com.

**Safe Harbor Statement**
Statements in this release that are forward-looking and involve known and unknown risks and uncertainties may cause the Company's actual results in future periods to be materially different from the future performance suggested. Such factors include, but are not limited to, economic and currency instability in the Asia Pacific region; fluctuation in customer demand, timing, and volume of orders and shipments; competition and pricing pressures; reliability and quality issues; the Company's ability to complete the development of its new products; product mix; overhead absorption; cyclicality and downturns in the semiconductor industry; continued dependence on "turns" orders to achieve revenue objectives; ability to consummate the TMT acquisition, integration of acquired businesses; the Company's ability to have an appropriate amount of production capacity in a timely manner; the timing of new technology; product introductions; the risk of early obsolescence; and the Company's ability to control expenses. Further, the Company operates in an industry sector where securities values are highly volatile and may be influenced by economic and other factors beyond the Company's control. Reference is made to the discussion of risk factors detailed in the Company's filings with the Securities and Exchange Commission, including its reports on Form 10-K and 10-Q. The Company assumes no obligation to update the information in this press release.

### # #

Credence and Credence Systems are trademarks of Credence Systems Corporation. Other trademarks that may be mentioned in this release are the intellectual property of their respective owners.



STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 10/25/2000
001539134 - 2346389

# CERTIFICATE OF OWNERSHIP
## MERGING
## TMT, INC.
### (a California corporation)
## INTO
## CREDENCE SYSTEMS CORPORATION
### (a Delaware corporation)



### Pursuant to Section 253 of the Delaware General Corporation Law

It is hereby certified that:

1.      TMT, Inc. ("TMT") is a corporation organized under the laws of the State of California, the laws of which permit a merger of a domestic corporation with and into a foreign corporation.

2.      Credence Systems Corporation, a Delaware corporation ("Credence"), as the owner of all of the issued and outstanding shares of capital stock of TMT, hereby merges TMT into itself, and assumes all of its liabilities and obligations.

3.      The following is a copy of the resolutions adopted on the 25th day of October, 2000, by the Board of Directors of Credence to merge TMT into Credence :

"**MERGER WITH TMT, INC., A CALIFORNIA CORPORATION**

"**RESOLVED,** that the Board has determined it to be in the best interests of the Corporation and its stockholders to effect a merger ( the "Merger") of TMT, Inc., a California corporation of which the Corporation owns all of the issued and outstanding capital stock ("TMT"), with and into the Corporation pursuant to the terms and provisions of the (i) Certificate of Ownership Merging TMT, Inc. into Credence Systems Corporation (the "Delaware Certificate") substantially in the form attached hereto as Exhibit A pursuant to the provisions of the Delaware General Corporation Law, and (ii) Certificate of Ownership of TMT, Inc. (the "California Certificate") substantially in the form attached hereto as Exhibit B pursuant to the provisions of the California Corporations Code;

"**RESOLVED FURTHER,** that the form, terms and provisions of the Delaware Certificate and the California Certificate, in substantially the forms attached hereto as Exhibit A and Exhibit B, respectively, be and they hereby are, adopted and approved, with such changes as the officer executing the Delaware Certificate and the California Certificate may determine to be appropriate or advisable, such determination to be conclusively evidenced by the execution thereof;

"**RESOLVED FURTHER,** that TMT shall be the disappearing corporation upon the effective date of the merger (which shall be October 31, 2000) (the "Effective Time") pursuant to the provisions of the California Corporations Code, and the Corporation shall continue its existence as the surviving corporation pursuant to the provisions of the Delaware General Corporation Law;

"**RESOLVED FURTHER,** that at the Effective Time, the issued and outstanding shares of capital stock of TMT shall not be converted in any manner, nor shall any cash or other consideration be paid or delivered therefore, inasmuch as the Corporation is the owner of all

issued and outstanding shares of capital stock of TMT, but each said share which is issued and outstanding as of the Effective Time shall be surrendered and extinguished;

"**RESOLVED FURTHER,** that at the Effective Time, the Corporation shall assume and be liable for all liabilities and obligations of TMT; and

"**RESOLVED FURTHER,** that the proper officers of the Corporation are hereby authorized, empowered and directed to do any and all acts and things, and to make, execute, deliver, file, and/or record any and all instruments, papers and documents, including, without limitation, the Delaware Certificate and the California Certificate, which shall be or become necessary, proper or convenient to carry out or put into effect any of the provisions of the Merger.

### ASSUMPTION OF TAX LIABILITIES OF TMT

"**RESOLVED,** that the Corporation, at the Effective Time, shall assume all the federal, state and local tax liabilities of TMT, and the officers of the Corporation be, and each of them hereby is, authorized and directed to make, execute, deliver, file and/or record any and all documents with the various federal, state and local tax authorities as may be necessary to assume such tax liabilities."

4.    The effective date of the merger of TMT into Credence shall be October 31, 2000.

*Remainder of this page intentionally left blank.*



PALLIB1\V2K\1247024.01(QQ7M9!L.DOC)

Case: 98-59871   Doc# 314    Filed: 09/25/06   Entered: 09/29/06 11:49:17   Page 22 of
24

IN WITNESS WHEREOF, this Certificate of Ownership Merging TMT into Credence Systems Corporation has been executed by the parent corporation as of the 25th day of October, 2000.

CREDENCE SYSTEMS CORPORATION

By: /s/ Graham J. Siddall
Graham J. Siddall, President and Chief Executive Officer

By: /s/ Dennis Wolf
Dennis Wolf, Chief Financial Officer and Secretary



[SIGNATURE PAGE TO CERTIFICATE OF OWNERSHIP AND MERGER]

FALLIB\1JJK\12470261\1(QQ7M01!.DOC)

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In Re:                                          )
                                                )   Case No    98-59671
                                                )
Magepower Semiconductor Corp                    )   Chapter  7
                                                )
_____               )
Debtor(s)                                       )   **AFFIDAVIT OF SERVICE**
_____               )

    Notice is herby given to the court that on (date)   May 4, 2006   a copy of this

application claiming funds in the amount of $   $15,396.78   , on behalf of

(creditor/claimant)   TMT Incorporated/Credence Corporation   , was mailed to the U.S.

Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055,

San Francisco, CA  94102.

    I certify under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

_____
Signature of Petitioner

  August 11, 2006_____
Date

John G. Bettinger, President
Sierra Funds Recovery, Inc._____
Type or Print Name of Petitioner

 10123 Main Place, Ste. B
 Bothell, WA  98011_____
Mailing Address