FEB 1 2 2007

**Entered on Docket
February 14, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Magepower Semiconductor Corp.

Debtor

) Case No.   98-59671-ASW
)
) Chapter 7
)
) **ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Semiconductor Eng Group Inc. in the total amount of $9,398.77 was not cashed within the 90 day limit and an unclaimed money report was entered on October 12, 2005 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Semiconductor Engineering Group, Inc. is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $9,398.77 to the order of Semiconductor Engineering Group, Inc., 1004 Hanson Court, Milpitas, CA  95035.

Dated  2/13/07

UNITED STATES BANKRUPTCY JUDGE




SEMICONDUCTOR ENGINEERING GROUP, INC.

January 16, 2007

United States Bankruptcy Court
Post Office Box 7341
San Francisco, CA 94120-7341
Attention: Toni Taylor

**Bankruptcy Case Number: 98-59671-ASW**
**Creditor: Semiconductor Engineering Group, Inc.**
**Debtor: Magepower Semiconductor Corp.**
**Amount: $9,398.77**

The enclosed documentation is submitted in support of my company's claim to $9,398.77 resulting from the bankruptcy of Magepower Semiconductor Corporation. Please send payment to:   Semiconductor Engineering Group, Inc.
           1004 Hanson Court
           Milpitas, CA 95035

Semiconductor Engineering Group, Inc. was located at the 891 Ames Avenue, Milpitas address listed on the *Notice of Unclaimed Dividends*, from 1985 until 1998. The company relocated to our current address of 1004 Hanson Court, Milpitas, in 1998. We are entitled to these funds because Magepower Semiconductor owed my company $66,823.38 when bankruptcy was filed. The resulting $9,398.77 dividend is 'unclaimed' because it was addressed to our former location on Ames Avenue.

If more information is required I can be reached at (408) 945-8555.

**I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

*[signature]*

Donald E. Williams
President

1004 HANSON COURT • MILPITAS, CA 95035 • TEL (408) 945-8555 • FAX (408) 945-5966

Case: 98-59671    Doc# 318    Filed: 02/13/07    Entered: 02/14/07 16:13:15    Page 2 of 16

**Enclosures:**

(1) Affidavit of Service
(2) Letter of Request
(3) Trustee's Notice of Unclaimed Dividends
(4) Corporate Seal Impression
(5) Voided check showing current address
(6) Driver's License of President/CEO
(7) Passport ID page of President/CEO
(8) Business Cards (2) showing current and former addresses
(9) Fedex bills showing current and former addresses
(10) Capital One Business Credit Card statement showing current address

Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400



FILED
OCT 1 2 2005
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

MAGEPOWER SEMICONDUCTOR CORP.

Debtor(s)

Case No. 98-59671-ASW

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 18 | SPI Semicon<br>1810 E Valencia Dr.<br>Fullerton, CA 92831 | $242.38 | $34.09 |
| 56 | Sprint<br>12221 Blue Valley Parkway<br>Overland Park, KS 66204 | $1,175.68 | $165.36 |
| 10 | MSIS Semiconductor Inc.<br>331 Whitney Pl.<br>Fremont, CA 94539-7665 | $28,320.00 | $3,983.24 |
| 8 | GDSI<br>247 Humbolt Court<br>Sunnyvale CA 94089 | $44,598.64 | $6,272.84 |
| 19 | TMT Incorporated<br>880 East Arques Avenue<br>Sunnyvale CA 94086 | $109,468.00 | $15,396.78 |
|  |  | $ |  |

| # | Name/Address | Amount 1 | Amount 2 |
|---|---|---|---|
| 26 | Court Thomas<br>11800 Monarch<br>Union City, CA 94587 | $1,357.83 | $190.98 |
| 54 | Innovative Circuits Engineering<br>1516 Montague Expressway<br>San Jose CA 95131 | $3,000.00 | $421.95 |
| 35 | Intertec International Inc.<br>2472 Estman Avenue Bldg 33 34<br>Ventura CA 93003-5792 | $11,016.00 | $1,549.41 |
| 43 | KLA Tencor<br>267 Boston Road, Suite 5<br>North Billerica MA 01862-2310 | $5,366.25 | $754.77 |
| 69 | W F Enterprises<br>329 S Ellsworth<br>San Mateo CA 94401 | $2,538.61 | $357.06 |
| 90 | Ushio America, Inc.<br>5440 Cerritos Avenue<br>Cypress, CA 90630 | $10,029.82 | $1,410.70 |
| 61 | Virtual Job Fair<br>4701 Patrick Henry Drive Ste 1901<br>Santa Clara CA 95054 | $1,200.00 | $168.78 |
| 79 | Actas Peripheral Corp.<br>3868 Carson Street Suite 212<br>Torrance CA 90503 | $2,500.00 | $351.63 |
| 4 | California Safety Supply<br>44340 Osgood Road<br>Fremont, CA 94539 | $1,306.73 | $183.79 |
| 75 | Khani Publication<br>3973 Sepulveda Blvd.<br>Culver City, CA 90230 | $5,439.56 | $765.08 |
| 74 | Rohm Corporation<br>Kenneth A. Mackay<br>PO Box 19515<br>Irvine, CA 92713 | $148,620.83 | $20,903.67 |
| 83 | Englehard Clal LP<br>P O Box 890639<br>Dallas TX 75389-0639 | $15,725.16 | $2,211.76 |
| 88 | Solecon Laboratories<br>770 Trademark Drive<br>Reno, NV 89521-5926 | $200.00 | $28.13 |

| # | Name/Address | Amount 1 | Amount 2 |
|---|---|---|---|
| 93 | Fluoroware Inc.<br>3500 Lyman Blvd.<br>Chaska, MN 55318 | $2,030.87 | $285.64 |
| 89 | TMP Worldwide<br>9045 N Deerwood<br>Milwaukee, WI 53223 | $561.93 | $79.04 |
| 92 | Mensco Inc<br>1725 Rutan Drive<br>Livermore, CA 94550 | $3,013.41 | $423.84 |
| 40 | SMS Inc.<br>830 S Hill St. #488<br>Los Angeles, CA 90014 | $10,778.67 | $1,516.03 |
| 94 | Amerimade Tech Inc.<br>449 Mountain Vista Pkwy<br>Livermore, CA 94551 | $37,286.71 | $5,244.41 |
| 95 | EMED<br>31340 Via Colinas #101<br>Westlake Village, CA 91362 | $177.47 | $24.96 |
| 100 | Lam Research Corp.<br>4650 Cushing Parkway<br>Attn: Laurie Haut. MS/CA4-104<br>Fremont, CA 94538 | $42,561.43 | $5,986.31 |
| 102 | Kam T Tam<br>3077 Paven Drive<br>San Jose CA 95148 | $20,110.25 | $2,828.53 |
| 99 | Pressure Vessel Service, Inc.<br>525 Seaport Blvd.<br>Redwood City, CA 94063-2711 | $14,791.60 | $2,080.45 |
| 104 | Romic Environment Tech.<br>2081 Bay Road<br>East Palo Alto CA 94303-1316 | $11,651.05 | $1,638.73 |
| 110 | Law Office of Bo In Lin<br>13445 Mandoli Drive<br>Los Alto Hills CA 94022 | $69,066.00 | $9,714.20 |
| 103 | Intelligent Technologies Service<br>1031 Serpentine Lane # 101<br>Pleasanton CA 94566 | $1,694.00 | $238.26 |
| 97 | Keithley Instuments<br>28775 Aurora Rd.<br>Cleveland, OH 44139 | $3,608.00 | $507.47 |

| | | | |
|---|---|---|---|
| 105 | Performance Laser Services<br>11835 Carmel Mountain Road<br>Suite 1304-100<br>San Diego, CA 92128 | $2,997.09 | 421.54 |
| 107 | Pacific Bell<br>Attn: Bankruptcy Recovery Center<br>140 New Montgomery Street<br>San Francisco, CA 94105 | $3,342.75 | $470.16 |
| 101 | Multiple Technologies Transport Inc.<br>5667 Snell Avenue Suite 313<br>PMB 313<br>San Jose CA 95123 | $1,398.50 | $196.70 |
| 112 | Coudert Brothers<br>303 Almaden Blvd. Fifth Floor<br>San Jose, CA 95110-2721 | $892.16 | $125.48 |
| 121 | Fluid Industrial Systems, Inc.<br>1545 Berger Drive<br>San Jose, CA 95112 | $10,463.50 | $1,471.70 |
| 114 | Corporate Express<br>1 Environmental Way<br>Broomfield, CO 80021-3416 | $5,497.04 | $773.16 |
| 119 | Prudential Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $16,777.58 | $2,359.78 |
| 126 | Wacker Siltronic Corp<br>P.O. BOX 83180<br>Portland, OR 47283 | $158,538.00 | $22,298.53 |
| 131 | Semiconductor Eng Group Inc<br>891 Ames Avenue<br>Milpitas CA 95035 | $66,823.38 | $9,398.77 |
| 122 | Ohka America Inc.<br>4600 NW Shute Rd.<br>Hillsboro, OR 97124 | $10,118.76 | $1,423.21 |
| 113 | Nikon Precision Inc.<br>1399 Shoreway Road<br>Belmont, CA 94002-4107 | $166,766.32 | $23,455.85 |
| 127 | Ashland Distribution Co<br>A Div of Ashland Inc.<br>Collection Dept. DS3<br>POB 2219<br>Columbus, OH 432116 | $47,499.64 | $6,680.87 |

| | | | |
|---|---|---|---|
| 128 | Sumitomo Sitix Silicon Inc<br>P O Box 7115<br>San Francisco CA 94120-7115 | $312,959.12 | $44,018.01 |
| 120 | Prudential Overall Supply<br>P O Box 11210<br>Santa Ana CA 92711 | $24,787.89 | $3,486.44 |
| | TOTAL: | | $202,298.09 |

Dated: September 21, 2005

_____
MOHAMED POONJA, TRUSTEE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Magepower Semiconductor Corp.

Debtor(s)

) Case No 98-59671-ASW
)
) Chapter 7
)
) AFFIDAVIT OF SERVICE

Notice is hereby given to the court that on (date) 1/16/2007 a copy of this application claiming funds in the amount of $ 9,398.77, on behalf of (creditor/claimant) Semiconductor Engineering Group, Inc., was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

State of California: County of Santa Clara.
Subscribed and sworn to (or affirmed)
Before me on this 16 day of January 20 07 by
Donald E. Williams
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature /s/

GETTY C. SANTOS
Comm. # 1632548
NOTARY PUBLIC CALIFORNIA
Santa Clara County

Signature of Petitioner

1/16/2007
Date

Donald E. Williams, President-SEGI
Type or Print Name of Petitioner

1004 Hanson Ct., Milpitas, CA 95035
Mailing Address




The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**









**SEMICONDUCTOR ENGINEERING GROUP, INC.**

*current address:*

**Donald E. Williams**
President

1004 HANSON COURT • MILPITAS, CA 95035
TEL (408) 945-8555 • FAX (408) 945-5966
www.segiservice.com • dew@segiservice.com
TOLL-FREE (877) 588-7344



**SEMICONDUCTOR ENGINEERING GROUP, INC.**

*former address:*

Donald E. Williams

891 AMES AVENUE, MILPITAS, CA 95035
(408) 729-3031 OR 945-8555



# FedEx

INVOICE DETAIL

~~SEMICONDUCTOR ENG GRP INC
891 AMES AVE
MILPITAS, CA 95035-6325~~ — OLD LOCATION 1985 — 1998 (APRIL)

PAGE: 3 OF 3
DATE: 18 MAR 98
INVOICE NUMBER: 1-231-63379

| SHIPMENT NUMBERS | SENDER NAME AND ADDRESS | RECIPIENT | SERVICES | ITEMS WEIGHT | CHARGES | USD AMOUNT |
|---|---|---|---|---|---|---|
| 18483 | KATRINIA GARCIA<br>SEMICONDUCTOR ENG GRP INC<br>891 AMES AVE<br>MILPITAS CA US 95131<br>SENT: 13 MAR 98<br>REFERENCE: #83565 | PENNY CHAN<br>HERALD DATANETICS LTD.<br>1/F, EXPRESS INDUSTRIAL BUILDI<br>43 HEUNG YIP ROAD<br>ABERDEEN HK<br>DELIVERED: 16 MAR 98, 10:40<br>SIGNED: .MS KEUNG | INT PRIORITY<br>DECL. VALUE<br>PickUpCharge | 1<br>1.0P | 40.50USD<br>.40USD<br>3.00USD | 40.50<br>.40<br>3.00 |
|  |  |  |  | (.5K) | NET DUE: | 43.90 |
|  |  |  |  |  | NET DUE: |  |
|  |  |  | INVOICE TOTAL |  |  | 43.90 |

*The World On Time*

---

# FedEx

INVOICE DETAIL

~~SEMICONDUCTOR ENG GRP INC
1004 HANSON CT
MILPITAS, CA 95035-3165~~ — CURRENT LOCATION APRIL 1998 — PRESENT

PAGE: 3 OF 4
DATE: 29 APR 98
INVOICE NUMBER: 1-238-81788

| SHIPMENT NUMBERS | SENDER NAME AND ADDRESS | RECIPIENT | SERVICES | ITEMS WEIGHT | CHARGES | USD AMOUNT |
|---|---|---|---|---|---|---|
| 19327 | KATRINA GARCIA<br>SEMICONDUCTOR ENG GRP INC<br>891 AMES AVE<br>MILPITAS CA US 95131<br>SENT: 23 APR 98<br>REFERENCE: #83616 | CHERRIE KEUNG<br>HERALD DATANETICS LTD.<br>11/F EXPRESS INDUSTRIAL BUILDI<br>43 HEUNG YIP RD.<br>ABERDEEN HK<br>DELIVERED: 27 APR 98, 11:21<br>SIGNED: .MR CHAN<br>42, 26 APR 98, 14:09 DESCRIPTION ON LAST PAGE | INT PRIORITY<br>PickUpCharge | 1<br>1.0P | 40.50USD<br>3.00USD | 40.50<br>3.00 |
|  |  |  |  | (.5K) | NET DUE: | 43.50 |
|  |  |  |  |  | NET DUE: |  |
|  |  |  | INVOICE TOTAL |  |  | 43.50 |

*The World On Time*



**Capital One** | what's in your wallet?     www.capitalo[ne]

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| ▓▓▓ | − ▓▓▓ | + ▓▓▓ | + ▓▓▓ | = ▓▓▓ | ▓▓▓ | Jan. 23, 200[7] |

Nov. 25, 2006 — Dec. 23, 2006    Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

### Visa Business Card Account

**Capital One** small business

**Your Account Information**
- TOTAL CREDIT LINE
- TOTAL AVAILABLE CREDIT    $2,278.48
- CREDIT LINE FOR CASH    $2,100.00
- AVAILABLE CREDIT FOR CASH    $2,100.00

**Payments, Credits & Adjustments**

| 1 | 22 DEC | CAPITAL ONE ONLINE ACH PAYMENT | $3▓ |
|---|---|---|---|

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | ▓▓▓ | 0.05068% F | 18.50% | ▓▓▓ |
| Cash | $0.00 | 0.05068% F | 18.50% | $0.00 |
| SpecialTrans | ▓▓▓ | 0.03534% | 12.90% | ▓▓▓ |

**ANNUAL PERCENTAGE RATE applied this period: 16.98%**

☎ **At Your Service 1-800-867-0904**
To call Customer Relations or to report a lost or stolen card.

✉ **Send payments to:**
Capital One, F.S.B · P.O. Box 60067 · City of Industry, CA 91716-0067

? **Send Inquiries to:**
Capital One · P.O. Box 30285 · Salt Lake City, UT 84130-0285

💻 **For more information on your Small Business account:**
Visit: www.capitalone.com/smallbusiness

1/3/07

6056   0816 506     1   7   23   061223    PAGE 1 of 1    COLR239D    01BC6056   30056850

PLEASE RETURN PORTION BELOW WITH PAYMENT

---

**Capital One** | what's in your wallet?

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $1,921.52 | $0.00 | Jan. 23, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

**Amount Enclosed** (     .     )

Capital One, F.S.B
P.O. Box 60067
City of Industry, CA 91716-0067

**Account Number: 4115-**

Please print address or phone number changes below using blue or black ink.

Address _____

Home Phone _____ Alternate Phone _____

E-mail address _____ @ _____

DONALD E WILLIAMS
SEMICONDUCTOR ENGINEERING GROUP    30056850
1004 HANSON CT
MILPITAS, CA 95035-3165

Please write your account number on your check or money order made payable to Capital One, F.S.B and mail with this coupon in the enclosed envelope.