Form NUCF

# UNITED STATES BANKRUPTCY COURT
## *for the*
## Northern District of California

| In re Debtor(s):<br><br>Magepower Semiconductor Corporation<br>dba  Megamos Corp. | Case No.: 98–59671 ASW 7<br>Chapter: 7 |
|---|---|

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Creditor BASF Corp., Fund Locator The Locator Services Group     CLAIM: 2211.76

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
- ☐ The Affidavit was not submitted.
- ☐ The Affidavit was not signed.
- ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.

☐ A current photo id was not included with the application.

☐ An original business card was not included with the application.

☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.

☐ You did not submit a document that verifies your current address.

☐ An authorization to collect funds was not included with the application.

☐ The Power of Attorney has expired.

☑ Other: Jason:
As we discussed please provide narrative on relationship between BASF and Englehard Clal LP.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 9/27/2013 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Toni Taylor

Dated: 8/28/13            For the Court:

                                              Gloria L. Franklin
                                              Clerk of Court
                                              United States Bankruptcy Court

                                              By: Toni Taylor
                                                  (415)268–2335
                                             Toni_Taylor@canb.uscourts.gov