

IT IS SO ORDERED.
Signed May 10, 2010

*Arthur S. Weissbrodt*
Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Case No: 02-52374-ASW
 )
Paige's Security Services, Inc.  ) Chapter No. 7
 )
Debtor  ) **ORDER TO PAY UNCLAIMED FUNDS**
 )

It appearing that the check(s) made payable to Bernard Middleton, in the amount of $947.39 was not cashed within the 90 day limit and an unclaimed money report was entered on 11/18/2009 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Bernard Middleton C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $947.39, to:

Bernard Middleton
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

**End of Order**
**No Service List Requested**